IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Case No. 2:21-cv-00247-JRG |
| v. | (Lead Case) |
| CA, INC., | |
| Defendant. | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff K.Mizra, LLC and Defendant CA, Inc., the Parties to the above entitled action, hereby jointly move that K.Mizra's case against CA, Inc., should be voluntarily dismissed without prejudice. The Parties agree that they shall bear their own costs.

This motion does not apply to, and has no effect on, Member Cases Nos. 2:21-cv-00248-JRG and 2:21-cv-00249-JRG, which are consolidated with Lead Case No. 2:21-cv-00247-JRG for all pretrial issues (*see* ECF No. 15).

| | Respectfully submitted, |
|---|---|
| FOLIO LAW GROUP PLLC | KILPATRICK, TOWNSEND & STOCKTON LLP |
| By: */s/ Cristofer Leffler* | By: */s/ Russell A. Korn* |
| *with permission Joseph M. Abraham* | Russell A. Korn, GA Bar No. 428492 |
| Cristofer I. Leffler, WA Bar No. 35020 | **LEAD COUNSEL** |
| **LEAD COUNSEL** | Kilpatrick Townsend & Stockton LLP |
| Cliff Win, Jr., CA Bar No. 270517 | 1100 Peachtree Street, NE |
| Folio Law Group PLLC | Suite 2800 |
| 1200 Westlake Ave. North, Ste. 809 | Atlanta, GA 30309 |
| Seattle, WA 98109 | Telephone: (404) 815-6500 |
| Tel: (206) 880-1802 | Facsimile: (404) 815-6555 |

Email: cris.leffler@foliolaw.com
Email: cliff.win@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
Law Office of Joseph M. Abraham, PLLC
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joe@joeabrahamlaw.com

*Of Counsel*:

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: andrea@wsfirm.com
Email: claire@wsfirm.com

*Counsel for Plaintiff K.Mizra LLC*

Dated:  October 27, 2021

Email: rkorn@kilpatricktownsend.com

Kristopher L. Reed, CO Bar No. 36991
Kevin M. Bell, CO Bar No. 39102
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: kreed@kilpatricktownsend.com
Email: kbell@kilpatricktownsend.com

Jennifer Ainsworth, TX Bar No. 00784720
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

*Attorneys for Defendant CA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October 2021, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/*Joseph M. Abraham*
Joseph M. Abraham

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant and this motion is agreed.

/s/*Joseph M. Abraham*
Joseph M. Abraham