# EXHIBIT A

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

K. MIZRA LLC,

       Plaintiff,

   v.

                              Case No. 2:21-cv-248

FORESCOUT TECHNOLOGIES INC.

       Defendant.

## <u>DECLARATION OF JONATHAN CONNET</u>

1.      I am the Chief Strategy Officer at Forescout Technologies Inc. ("Forescout"). I am assigned to Forescout's headquarters in San Jose, California. I have worked for Forescout since 2015. I report to the Chief Executive Officer of Forescout. My duties include global strategy and corporate development for all aspects of Forescout. I have personal knowledge of the facts stated in this Declaration and I am otherwise competent to testify.

2.      Founded in 2000, Forescout has pioneered an agentless approach to network access control ("NAC") solutions. Forescout's NAC products provide network security to address the explosive growth of mobile computing, Internet of Things ("IoT"), and cloud computing. Forescout's scalable and heterogeneous platform provides Global 2000 enterprises and government agencies with agentless visibility and control of traditional and nontraditional devices, including physical and virtual infrastructure, PCs, laptops, tablets, smartphones, and the latest IoT devices, the instant they connect to the network. Then it continuously assesses, remediates, and monitors devices and works with disparate security tools to help accelerate incident response, break down silos, automate workflows, and optimize existing investments. Today, over 3,800 global companies rely on

Forescout—and its more than twenty years of experience—to effectively mitigate risks from network-connected devices, including IoT and operational technology. Forescout is incorporated in the State of Delaware. Our principal place of business is San Jose, California.

3.     In the above-captioned action, Plaintiff K. Mizra has accused of infringement products that it refers to as the "Forescout Platform." According to Plaintiff's Complaint, the "Forescout Platform," includes the "HPS (Host Property Scanner) Inspection Engine, the Forescout Console, the Reports Portal, Forescout policies, the Forescout Compliance Center, the Forescout SecureConnector, Forescout Actions' (*e.g.*, HTTP Actions," Notify Actions, HTTP Notification, HTTP Redirection to URL, and Windows Self Remediation), the DNS Enforce Plugin, and various other Forescout network equipment, including the Forescout Appliance (e.g., CounterACT), and software, including the Forescout Virtual System. (Complaint at ¶ 2). I am generally familiar with these accused products, and I am generally familiar with the Forescout employees, both current and former, who are knowledgeable about the development, design, sale, and marketing of the accused products.

4.     I have identified the following employees at our San Jose, California office who are knowledgeable about the current operation of the accused products and who are likely witnesses in this action considering the sweeping scope of the products accused by Plaintiff in this action. These persons generally have technical backgrounds and are responsible for technical aspects of the accused products.

| | |
|---|---|
| Frank Cheng | Systems Product Engineer |
| Jon Connet | Chief Strategy Officer |
| Yi Dai | Principal SW Engineer |
| Tony Doan | Sr. Systems Administrator |
| Upma Gupta | Sr. Business Applications Analyst |
| Taqi Hasan | Principal Product Marketing Manager |
| Zhimao He | Principal SW Engineer |
| Cristina Heustis | Sr. Director, Customer Programs |
| Howie Koh | Principal Systems Engineer |

| Anderson Lam | Sr. Manager, SW Engineering |
| Lisa Lopez | Sr. Director, Global Infrastructure Services and Delivery |
| Thuong Phan | SW Engineer |
| Christian Poon | SW Engineer |
| Siva Yarlagadda | Principal SW Engineer |
| Anthony Yee | Sr. Director, SW Engineering |
| Nitin Yenigalla | Corporate Strategy Manager |

5. I also have identified likely employee witnesses in our San Jose, California office who are knowledgeable about the current sales and profitability of the accused products. These persons include:

| Amy Chan | Accounting Policy Manager |
| Kerry Ford | VP, Revenue Marketing |
| Peng Liu | Sr. Accountant |
| Amish Patel | Licensing Program Manager |
| JC Poussin | Director, Revenue |
| Supa Sontornthanont | Finance Manager |
| Steve Tchejeyean | Chief Revenue Officer |
| Ian Wayman | Revenue Accounting Manager |

6. Forescout used to be a publicly held company but was taken private in 2020. Since this transaction, Forescout has been downsizing his employee headcount. I cannot say with high confidence how many of the employees identified above will be with the company at the time this case goes to trial. It is likely, however, that one or more of the above persons will not be employed by Forescout at the time of trial and will be unavailable to Forescout as witnesses if this matter is not transferred to the United States District Court for the Northern District of California.

7. My concern about losing key employees/witness is not speculative. In 2020 and 2021 we lost the following key engineers from our San Jose California office who are very knowledgeable about the accused products:

Trinity Van Scyoc

3

Ravinder Batra
Taetern Simms
Durgesh Tribakkar
Thuong Phan
Christian Pool

8.      We also lost two senior executives who worked on corporate strategy and technical

roadmaps for the accused products.  These persons are Rob Greer (former Chief Product Officer),

who I believe resides in Danville, California (last known address) and Pedro Abreu (former Chief

Strategy Officer and former Chief Product Officer), who I believe resides in San Carlos, California

(last known address).  Messrs. Greer and Abreu have unique knowledge about the development of

the accused products.  I am not aware that anyone presently employed by Forescout has their

knowledge.  These persons were involuntarily separated from Forescout.  They are not under

consulting contracts with Forescout, and Forescout has no control over them.  Consequently,

Forescout has no ability to compel them to appear in the United States District Court for Eastern

District of Texas.  Having worked closely with these individuals before their involuntary departure

from Forescout, I do not believe they would willingly travel to the Eastern District of Texas to testify

at trial in this case, even though Forescout likely needs them as witnesses.

9.      As Plaintiff has alleged, Forescout has an office in Plano, Texas.  This office houses

our Customer Support Center, which is basically customer call center staffed 24 hours a day, seven

days a week.  Customer Support Center employees answer customer calls about their Forescout

applications.  I do not anticipate that employees of our customer support center in Plano, Texas will

be witnesses in this action because they have not been involved in the engineering design of the

accused products and because they are not responsible for the accounting and finance aspects of the

accused products.

10.     Forescout also maintains a Data Center in San Jose, California.  The Data Center

houses, among other things, the technical documentation (including source code) for the accused

products.  The Forescout source code, which is highly confidential and proprietary, may be viewed in-person on the server in San Jose.  The source code for Forescout's accused products is not stored in Plano, Texas, or anywhere else in the Eastern District of Texas.

11.     The Eastern District of Texas is a very inconvenient forum for Forescout.  Any requirement that Forescout witnesses appear in Eastern District of Texas for trial would be extraordinarily expensive and would substantially prejudice Forescout's defense of this action.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September __10__, 2021.

Jonathan Connet

AmericasActive:15864636.5

# EXHIBIT B
# REDACTED IN ITS
# ENTIRETY

# EXHIBIT C
# REDACTED IN ITS
# ENTIRETY

# EXHIBIT D

1

1    R O U G H     D R A F T

2    CHARLES HAUSMAN

3    OCTOBER 26, 2021

4    ****************************************

5    This is not an official transcript and is

6    not to be used for any official purpose.

7    This is a litigation aid not for

8    photocopying, reproduction or computer

9    networking. This Draft Transcript is an

10   unedited, unproofread, uncertified

11   translation of the proceedings for

12   attorneys' information only.  Because it

13   is unedited, this Draft Transcript may

14   contain writing conflicts, misstrokes,

15   untranslated words or phrases, and

16   reporter notes, which are remedied by the

17   court reporter in editing.

18   ****************************************

19

20

21

22

23

24

25

2

1    IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF TEXAS
2           MARSHALL DIVISION

3    K.MIZRA LLC,
         Plaintiff,
4
     VS.                   NO. 2:21-CV-00247-JRG
5
     BROADCOM INC.,
6        Defendant.
     --------------------------x
7    K.MIZRA LLC,
         Plaintiff,
8                          NO. 2:21-CV-00248-JRG
     VS.
9    FORESCOUT TECHNOLOGIES, INC.
     --------------------------x
10   K.MIZRA LLC,
     Plaintiff,
11                         NO. 2:21-CV-00249-JRG
     VS.
12   FORTINET, INC.

13   --------------------------x

14      ****************************************
            ZOOM VIDEOTAPED DEPOSITION OF
15              CHARLES HAUSMAN
              October 26, 2021
16              10:00 CST
        ****************************************
17

18   TAKEN BY:

```
19      KIMBALL R. ANDERSON
        ATTORNEY FOR DEFENDANT
20
     REPORTED BY:
21
        BELLE VIVIENNE, CRR
22      CERTIFIED STENOGRAPHIC
        REALTIME COURT REPORTER
23      VERITEXT LEGAL SOLUTIONS
        JOB NO. 4864360
24      866 299-5127

25
```

3

```
 1              A P P E A R A N C E S

 2
     FOR THE PLAINTIFF::
 3
        CLIFF WIN
 4      FOLIO LAW GROUP PLLC
        1200 Westlake Avenue North, Suite 809
 5      Seattle, Washington 98109
        415.810.6754
 6      Cliff.win@foliolaw.com

 7
        JOSEPH ABRAHAM
 8      JOSEPH March 8th. ABRAHAM PLLC
        13492 Research Blvd., Suite 129
 9      No. 177
        Austin, Texas 78750
10      737.234.0201

11
     ATTORNEYS FOR DEFENDANT
12   FORESCOUT TECHNOLOGIES, INC.:

13      KIMBALL R. ANDERSON
        WINSTON & STRAWN LLP
14      35 West Wacker Drive
        Chicago, Illinois 60601-9703
15      312.558.5600
```

```
 5      So you'll have to take that one up         00:45:59

 6      with the court.                            00:46:01

 7           THE VIDEOGRAPHER:  Will the           00:46:08

 8      court reporter please swear in the         00:46:09

 9      witness.                                   00:46:10

10           MR. ANDERSON:  I mean, for            00:46:10

11      example --                                 00:46:10

12           THE VIDEOGRAPHER:  Sorry.             00:46:11

13           MR. ANDERSON:  -- I don't             00:46:12

14      think -- I don't think his address or     00:46:14

15      his employment or a lot of things         00:46:14

16      we're covering today is a trade secret    00:46:16

17      or some other proprietary confidence.     00:46:18

18      So I don't agree to any blanket           00:46:21

19      designations.  If you have anything       00:46:25

20      else you want to add, Mr. Win, please     00:46:27

21      feel free to do that.  Otherwise, I'm     00:46:30

22      going to ask the court reporter to        00:46:32

23      swear in the witness.                     00:46:34

24           MR. WIN:  Nothing at this time.      00:46:34

25           MR. ANDERSON:  Okay.  Well then,     00:46:36
```

7

```
 1      Ms. Court reporter, would you swear in      00:46:38
 2      the witness.                                 00:46:40
 3                    CHARLES HAUSMAN,               00:03:23
 4   having been first duly sworn by the
 5   Certified Stenographic Realtime Reporter,
 6   testified as follows:
 7                    EXAMINATION
 8   BY MR. ANDERSON:
 9      Q.   All right.  Well, Mr. Hausman,          00:46:51
10   Kimball Anderson, nice to meet you at           00:46:55
11   least by video.  Could you state your full      00:46:57
12   name for the record and -- and spell it?        00:47:00
13   I think we can spell Charles, but if you        00:47:03
14   can spell Charles Jourdan Hausman for the       00:47:05
15   record, that would be -- that would be          00:47:08
16   great?                                          00:47:11
17      A.   C-H-A-R-L-E-S, J-O-U-R-D-A-N,           00:47:11
18   H-A-U-S-M-A-N.                                  00:47:17
19      Q.   All right.  And, Mr. Hausman,           00:47:18
20   where are you sitting right now on video?       00:47:20
21      A.   I'm sitting in -- in my house in        00:47:24
22   Florida.                                        00:47:28
23      Q.   Okay.  So you reside at 2912            00:47:28
24   Southwest 39th Terrace, Cape Coral,             00:47:32
25   Florida; is that correct?                       00:47:38
```

8

```
1      A.    That's correct.                      00:47:39

2      Q.    All right.  And you understand        00:47:39

3   that the plaintiff K.Mizra LLC has            00:47:41

4   designated you as its corporate              00:47:44

5   representative to testify on its behalf at    00:47:46

6   this deposition, which is being taken         00:47:48

7   pursuant to Rule 30(b)(6) of the Federal      00:47:51

8   Rules of Civil Procedure, correct?           00:47:55

9      A.    Correct.                             00:47:56

10     Q.    Yeah.  And you are a lawyer,          00:47:56

11  right?                                        00:47:58

12     A.    Yes.                                 00:48:00

13     Q.    Okay.  And so your -- you're at      00:48:01

14  your home in Cape Coral, Florida.  Do you     00:48:08

15  have other residences?                        00:48:14

16     A.    No.                                  00:48:15

17     Q.    And you're married to Nikki          00:48:15

18  Hausman; is that correct?                     00:48:17

19     A.    That's correct.                      00:48:18

20     Q.    And Nikki's first name is            00:48:18

21  spelled N-I-K-K-I; am I right about that?     00:48:21

22     A.    Yes.                                 00:48:24
```

```
23      Q.    And does she reside at the 2912      00:48:24

24  Southwest 39th Terrace address in Cape        00:48:29

25  Coral, Florida?                               00:48:34
```

                                        9

```
 1      A.    She does.                            00:48:35

 2      Q.    Okay.  And how is she employed?      00:48:35

 3      A.    She's an employee of K.Mizra.        00:48:40

 4  She handles certain aspects of the            00:48:45

 5  business.                                      00:48:47

 6      Q.    What aspects does she handle,        00:48:49

 7  Mr. Hausman?                                   00:48:51

 8      A.    All of the billing, all of the       00:48:52

 9  invoicing, all of the different, you know,     00:48:56

10  banks -- the bank accounting stuff that we     00:48:59

11  have to do, the paperwork and stuff for        00:49:01

12  filing taxes, accountants, corporate           00:49:05

13  registrations, kind of what we would           00:49:10

14  consider to be, you know, kind of the back     00:49:13

15  office.                                        00:49:15

16      Q.    Okay.  Is she a lawyer like you?     00:49:15

17      A.    No, she's not.                       00:49:18

18      Q.    Does she have a financial or         00:49:19
```

```
13        windows here.  Okay, I think I need to      01:10:10

14        refresh.  There's still only one            01:10:31

15        exhibit in there.  Okay.                     01:10:33

16  BY MR. ANDERSON:                                    01:10:33

17        Q.    Do you see on it now,                  01:10:42

18  Mr. Hausman?                                        01:10:43

19        A.    Yes.                                    01:10:45

20        Q.    All right.  So that -- that --         01:10:45

21  correct me if I'm wrong, but that is the           01:10:50

22  complaint that K.Mizra filed against               01:10:52

23  Forescout on July 8, 2021, correct?                01:10:54

24        A.    I believe so.                          01:11:02

25        Q.    Yeah.  Did you read it before it       01:11:03
```

                                    26


```
1   was filed?                                         01:11:05

2         A.    Yes.                                    01:11:07

3         Q.    Did you verify that the facts          01:11:08

4   alleged are -- are true to the best of            01:11:10

5   your knowledge, Mr. Hausman?                       01:11:14

6         A.    To the best of my knowledge,           01:11:18

7   yes.                                                01:11:19

8         Q.    Yeah.  So paragraph 4 says and         01:11:20

9   you can read along, it says "Plaintiff            01:11:22
```

| | | |
|---|---|---|
| 10 | K.Mizra is a Delaware limited liability | 01:11:24 |
| 11 | company with its principal place of | 01:11:26 |
| 12 | business at 777 Brickell Avenue, | 01:11:27 |
| 13 | #500-96031, Miami, Florida." | 01:11:32 |
| 14 | Do you see that? | 01:11:38 |
| 15 | A.    Yes. | 01:11:39 |
| 16 | Q.    And right now, as we're sitting | 01:11:40 |
| 17 | here, what -- what physically is at that | 01:11:43 |
| 18 | address, Mr. Hausman? | 01:11:45 |
| 19 | A.    Well, that's where we receive | 01:11:46 |
| 20 | our mail.  They kind of handle the | 01:11:48 |
| 21 | processing.  So if we were to get any -- | 01:11:50 |
| 22 | any letters or anything hard, obviously | 01:11:56 |
| 23 | not e-mails -- | 01:11:58 |
| 24 | Q.    Okay. | 01:12:00 |
| 25 | A.    -- that's where it would be | 01:12:00 |

27

| | | |
|---|---|---|
| 1 | sent.  And it's kind of a | 01:12:02 |
| 2 | pandemic-friendly service for kind of | 01:12:03 |
| 3 | smaller businesses to use where, you know, | 01:12:06 |
| 4 | as soon as a letter hits your mailbox, | 01:12:10 |
| 5 | it's opened, scanned, you receive it, so | 01:12:15 |

```
 6    it's kind of a full service.                01:12:18
 7        Q.    Yeah.  So what -- other than       01:12:20
 8    serving as a mailbox, what -- what if        01:12:21
 9    anything, is there physically?              01:12:25
10        A.    That's -- that's it.               01:12:26
11        Q.    Okay.  So there's -- there's       01:12:29
12    really no physical office there; am I        01:12:34
13    correct about that?                         01:12:38
14        A.    I mean, there's an office for      01:12:39
15    the service we use so...                    01:12:41
16        Q.    I see.  Who provides the           01:12:43
17    service?  What's the name of the entity?    01:12:45
18        A.    I believe it's called Traveling   01:12:47
19    Mailbox or something like that.             01:12:52
20        Q.    Okay.  And -- and how do you       01:12:53
21    contract for that service?  When I say      01:13:01
22    "you," I mean K.Mizra LLC.                  01:13:04
23        A.    How do we -- I don't follow the   01:13:10
24    question.                                   01:13:12
25        Q.    So do you have a contract with    01:13:12
```

28

```
 1    that entity and then that entity gives you   01:13:13
 2    basically a post office address?            01:13:17
```

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00247-JRG |
| | § | (Lead Case) |
| CA, INC. | § | |
| | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00248-JRG |
| | § | (Member Case) |
| FORESCOUT TECHNOLOGIES, INC. | § | |
| | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00249-JRG |
| | § | (Member Case) |
| FORTINET, INC. | § | |
| | § | |

**DEFENDANT FORESCOUT TECHNOLOGIES, INC.'S**
**RESPONSES AND OBJECTIONS TO PLAINTIFF K.MIZRA LLC'S**
**FIRST SET OF REQUESTS FOR ADMISSION**

Defendant Forescout Technologies, Inc. ("Defendant") hereby responds and objects to

Plaintiff K.Mizra LLC's ("Plaintiff") First Set of Requests for Admission as follows:

**RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit that no more than 5% of the documents that Forescout expects to collect and produce

in connection with K.Mizra's Complaint in this Action consist of physical "hard copies" (as

compared to documents maintained in electronic format).

1

**RESPONSE TO REQUEST NO. 1:**

Forescout cannot admit or deny this request because it has not been served with document requests pertaining to the merits of this case, has not collected documents pertaining to the merits of this case, and has not conducted the statistical analysis required by this request.

**REQUEST FOR ADMISSION NO. 2:**

Admit that within the Eastern District of Texas, including at the Customer Support Center, Forescout employs personnel who are knowledgeable about the current operation of the Accused Instrumentalities.

**RESPONSE TO REQUEST NO. 2:**

Admitted that some personnel employed in the Plano, TX office are knowledgeable about some aspects of the Accused Instrumentalities.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Forescout maintains documents relating to the operation of the Accused Instrumentalities within the Eastern District of Texas, including but not limited to approved instructions, manuals, or guides for the Accused Instrumentalities.

**RESPONSE TO REQUEST NO. 3:**

Admitted that copies of some technical documentation may be present be present in the Plano, Texas office. As a general matter, however, the vast majority of electronic and physical copies of technical documents are not "maintained" in Texas.

**REQUEST FOR ADMISSION NO. 4:**

Admit that non-source code electronic documents maintained on Forescout's San Jose California data center, as referenced on page 11 of Forescout's Motion, can be accessed by Forescout personnel within the Eastern District of Texas.

**RESPONSE TO REQUEST NO. 4:**

Admitted that some non-source code electronic documents can be accessed by Forescout personnel anywhere in the world subject to certain restrictions.  The distribution of financial information, HR information, and trade secrets, for example, is restricted.

**REQUEST FOR ADMISSION NO. 5:**

Admit that one or more of the personnel listed in paragraphs 4-5 of the Connet Declaration have traveled to the Eastern District of Texas for business purposes within the last three years.

**RESPONSE TO REQUEST NO. 5:**

Admitted.

DATED:  October 11, 2021                 Respectfully submitted,

*/s/ Kimball R. Anderson*
Kimball R. Anderson (IL Bar No. 49980)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
312-558-5600 (phone)
312-558-5700 (fax)
kanderson@winston.com

Katherine Vidal (CA Bar No. 194971)
Matthew R. McCullough (CA Bar No. 301330)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
650-858-6500 (phone)

650-858-6550 (fax)
kvidal@winston.com
mrmccullough@winston.com

William Fox (TX Bar No. 24101766)
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
214-453-6500 (phone)
214-453-6400 (fax)
wfox@winston.com

Deron Dacus (TX Bar No. 00790553)
Shannon Marie Dacus (TX Bar No. 00791004)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com
sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT**
**FORESCOUT TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served by email on all counsel of record for Plaintiff K.Mizra LLC on October 11, 2021.

Dated:  October 11, 2021                    /s/ *Matthew R. McCullough*
                                             Matthew R. McCullough

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00247-JRG |
| | § | (Lead Case) |
| CA, INC. | § | |
| _____ | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00248-JRG |
| | § | (Member Case) |
| FORESCOUT TECHNOLOGIES, INC. | § | |
| _____ | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00249-JRG |
| | § | (Member Case) |
| FORTINET, INC. | § | |
| _____ | § | |

**DEFENDANT FORESCOUT TECHNOLOGIES, INC.'S**
**RESPONSES AND OBJECTIONS TO PLAINTIFF K.MIZRA LLC'S**
**FIRST SET OF REQUESTS FOR PRODUCTION**

Defendant Forescout Technologies, Inc. ("Defendant") hereby responds and objects to

Plaintiff K.Mizra LLC's ("Plaintiff") First Set of Requests for Production as follows:

**RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION**

**DOCUMENT REQUEST NO. 1:**

An organizational chart or similar Forescout payroll, human resources, or other

documentation sufficient to identify all current Forescout employees presently or formerly

involved with the Accused Instrumentalities with respect to each of (a) technical research and/or

development; (b) technical design and/or engineering; (c) testing; (d) supply chain management

and/or divisional management; (e) maintenance and/or support; (f) sales and/or marketing; (g)

finance and/or accounting; and (h) product line management and/or corporate strategy; and further

including an indication of the Forescout office to which each such employee presently is and/or formerly had been geographically assigned for all times during their employment since October 2017.

**RESPONSE TO REQUEST NO. 1:**

Forescout objects to this request on the ground that it is overly broad, unduly burdensome, and not reasonably tailored to 28 USC 1404(a) discovery. There are nearly 1000 Forescout employees worldwide. During the COVID 19 pandemic many are working remotely. The Accused Instrumentalities consist of Forescout's entire business. Thus, virtually every employee of the company is "involved" with the Accused Instrumentalities. Forescout does not have organizational charts prepared for each category listed in the request above.

**DOCUMENT REQUEST NO. 2:**

All policies, procedures, or other corporate governance documents adopted by Forescout that concern the ability of Forescout employees assigned to one Forescout geographic office location to access electronic documents created, stored, or otherwise maintained by Forescout employees assigned to a different Forescout geographic office location.

**RESPONSE TO REQUEST NO. 2:**

Forescout objects to this request on the ground that it is overly broad, unduly burdensome, and not reasonably tailored to 28 USC 1404(a) discovery. Subject to this objection and without waiving it, Forescout states that no general written policy exists. Access to highly confidential information, such as source code, is granted on a case-by-case basis by management depending on the need and the credentials of the person requesting access.

**DOCUMENT REQUEST NO. 3:**

Documents sufficient to show the identity, location by city, and job description of each Person within Texas in any role related to the Accused Instrumentalities, including but not limited to any of the Persons named in the LinkedIn profiles attached as Exhibit 1, and including but not limited to any Person within Texas who has authored, revised, developed, used, or approved instructions, manuals, or guides for the Accused Instrumentalities.

**RESPONSE TO REQUEST NO. 3:**

Forescout objects to this request on the ground that it is overly broad, unduly burdensome, and not reasonably tailored to 28 USC 1404(a) discovery.  Subject to this objection and without waiving it, Forescout produces herewith a list of current employees assigned to the Plano, Texas office, and their job titles.

**DOCUMENT REQUEST NO. 4:**

Documents sufficient to show all locations within the state of Texas to which Forescout shipped the Accused Instrumentalities, dating from October 2017 to the present, and for each shipment:  (a) the originating location of each such shipment; (b) the recipient of each such shipment; (c) the specific contents of each such shipment, and (d) all revenues received by Forescout in connection with each such shipment.

**RESPONSE TO REQUEST NO. 4:**

Forescout objects to this request on the ground that it is overly broad, unduly burdensome, and irrelevant to 28 U.S.C. 1404(a) discovery.

**DOCUMENT REQUEST NO. 5:**

Documents sufficient to show the nature of any business operations carried out by You in Texas related to any of the Accused Instrumentalities.

**RESPONSE TO REQUEST NO. 5:**

Forescout refers to the previously produced Connet Declaration and the list of Texas employees assigned to the Plano, Texas office, produced herewith.

DATED:  October 11, 2021                      Respectfully submitted,

                                              */s/ Kimball R. Anderson*
                                              Kimball R. Anderson (IL Bar No. 49980)
                                              WINSTON & STRAWN LLP
                                              35 West Wacker Drive
                                              Chicago, IL 60601-9703
                                              312-558-5600 (phone)
                                              312-558-5700 (fax)
                                              kanderson@winston.com

                                              Katherine Vidal (CA Bar No. 194971)
                                              Matthew R. McCullough (CA Bar No. 301330)
                                              WINSTON & STRAWN LLP
                                              275 Middlefield Road, Suite 205
                                              Menlo Park, CA 94025
                                              650-858-6500 (phone)
                                              650-858-6550 (fax)
                                              kvidal@winston.com
                                              mrmccullough@winston.com

                                              William Fox (TX Bar No. 24101766)
                                              WINSTON & STRAWN LLP
                                              2121 North Pearl Street, Suite 900
                                              Dallas, TX 75201
                                              214-453-6500 (phone)
                                              214-453-6400 (fax)
                                              wfox@winston.com

                                              Deron Dacus (TX Bar No. 00790553)
                                              Shannon Marie Dacus (TX Bar No. 00791004)
                                              THE DACUS FIRM, P.C.
                                              821 ESE Loop 323, Suite 430
                                              Tyler, Texas 75701
                                              903-705-1117 (phone)

903-581-2543 (fax)
ddacus@dacusfirm.com
sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
FORESCOUT TECHNOLOGIES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served by email on all counsel of record for Plaintiff K.Mizra LLC on October 11, 2021.

Dated:  October 11, 2021                    /s/ *Matthew R. McCullough*
                                        Matthew R. McCullough

# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00247-JRG |
| | § | (Lead Case) |
| CA, INC. | § | |
| | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00248-JRG |
| | § | (Member Case) |
| FORESCOUT TECHNOLOGIES, INC. | § | |
| | § | |
| | § | |
| K.MIZRA LLC | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00249-JRG |
| | § | (Member Case) |
| FORTINET, INC. | § | |
| | § | |

**DEFENDANT FORESCOUT TECHNOLOGIES, INC.'S**
**RESPONSES AND OBJECTIONS TO PLAINTIFF K.MIZRA WIRELESS INC.'S**
**FIRST SET OF INTERROGATORIES NOS. 1-5**

Defendant Forescout Technologies, Inc. ("Defendant") hereby responds and objects to

Plaintiff K.Mizra LLC's ("Plaintiff") First Set of Interrogatories Nos. 1-5 as follows:

**RESPONSES AND OBJECTIONS TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify all of the applications, including any of the Accused Instrumentalities, that the

Forescout "employees who work in the Plano facility" support, as referenced on page 9 of

Forescout's Motion, including the volume of calls handled for each application.

**RESPONSE TO INTERROGATORY NO. 1:**

Forescout objects to this interrogatory on the grounds that it is overly broad, unduly

burdensome, vague, and not reasonably related to 28 U.S.C. 1404(a) discovery.  Subject to this

1

objection and without waiving it, Forescout states that employees who work in the Plano customer support facility generally support customers with all the Accused Instrumentalities.

**INTERROGATORY NO. 2:**

Identify all real estate, offices, manufacturing sites, and/or other facilities owned, leased, or maintained by Forescout in: (a) the Eastern District of Texas; and (b) Texas.

**RESPONSE TO INTERROGATORY NO. 2:**

Forescout leases an office at 2400 Dallas Pkwy, Plano, TX 75093.

**INTERROGATORY NO. 3:**

Identify by at least name, geographic office location, and home residence location by federal judicial district, any past and current Forescout personnel, including employees, contractors, or consultants, of Yours located in the state of Texas who have knowledge of facts relevant to the allegations and/or defenses in the Lawsuit including but not limited to the Accused Instrumentalities and the patents-in-suit, including but not limited to any of the Persons named in the LinkedIn profiles attached as exhibits.

**RESPONSE TO INTERROGATORY NO. 3:**

Forescout objects to this interrogatory on the ground that it is overly broad, ambiguous unduly burdensome, and not relevant to 28 U.S.C. 1404(a) discovery.  Subject to this objection and without waiving it, Forescout states that all "facts relevant to the allegations and/or defenses in the Lawsuit" are not presently known, and that the interrogatory is overly broad, ambiguous, and unduly burdensome because:  a) K.Miza just filed an Amended Complaint with new allegations;  and (b) it is not possible to interview every past and present employee, contractor, or

consultant in the State of Texas in less than two weeks to determine whether they have some "knowledge" of the Accused Instrumentalities.   Forescout assumes that most have some knowledge of certain features of the Accused Instrumentalities because the Accused Instrumentalities are the core of Forescout's business.  As for Dean Webb, Keith Weatherford, Rob Amezcua mentioned in the LinkedIn profiles, these persons are not currently associated with Forescout's Plano, Texas office.  According to their LinkedIn profiles, they reside in Texas.  Any current employees of Forescout can be reached through Forescout's General Counsel, 190 Tasman Dr. San Jose, CA, USA.  Forescout further objects to this request for personal home addresses on the ground that the request is not relevant to 28 U.S.C. 1404(a) discovery, is overly burdensome, and harassing.

**INTERROGATORY NO. 4:**

Identify every Person, including any third party, located in the state of Texas who supplies any goods or services related to the Accused Instrumentalities, including but not limited to component (hardware and software) suppliers and entities providing design, testing, engineering, computer coding, manufacturing, distribution, sales, marketing, advertising, or product support services for the Instrumentalities. As used herein, the term "Identify" means to state for each Person: (1) the name and address of the entity or person; and (2) a detailed description of the goods or services provided.

**RESPONSE TO INTERROGATORY NO. 4:**

Forescout objects to this interrogatory on the ground that it is overly broad, ambiguous unduly burdensome, and not relevant to 28 USC 1404(a) discovery.  Subject to this objection and without waiving it, Forescout states that it is not aware of any third parties in the State of Texas

who provide design, testing, engineering, computer coding, manufacturing, advertising or product support of Forescout products.  Computer hardware is sourced from Arrow Intelligent Solutions ("Arrow"), in Phoenix, Arizona.  Arrow in turn, sources hardware manufactured by Dell Technologies, Inc. and other OEMs.  Forescout understands that the Dell hardware is manufactured in Guadalajara, Mexico by Foxconn and then shipped to a Dell facility in Nashville, Tennessee before shipment to Arrow in Phoenix, Arizona.  Arrow ships hardware directly to Forescout customers throughout the world.  Pursuant to Rule 33(d), Federal Rules of Civil Procedure, Forescout further refers Plaintiff to the list of Forescout employees assigned to the Plano, Texas office produced in response to Plaintiff's Rule 34 venue requests.


**INTERROGATORY NO. 5:**

Identify, including by geographic office location, and home residence location by federal judicial district, every Person involved in the electronic collection and production of documents in connection with litigation as a matter of their course-of-business job description (e.g., employees in Forescout's General Counsel's Office tasked with electronic discovery across multiple litigations).

**RESPONSE TO INTERROGATORY NO. 5:**

Attorney Michael Sochor, 190 W Tasman Dr. San Jose, CA, USA.  Mr. Sochor lives in San Jose, California (in the United States District Court for the Northern District of California).


DATED:  October 11, 2021                    Respectfully submitted,


                                            */s/ Kimball R. Anderson*
                                            Kimball R. Anderson (IL Bar No. 49980)
                                            WINSTON & STRAWN LLP
                                            35 West Wacker Drive

Chicago, IL 60601-9703
312-558-5600 (phone)
312-558-5700 (fax)
kanderson@winston.com

Katherine Vidal (CA Bar No. 194971)
Matthew R. McCullough (CA Bar No. 301330)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
650-858-6500 (phone)
650-858-6550 (fax)
kvidal@winston.com
mrmccullough@winston.com

William Fox (TX Bar No. 24101766)
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
214-453-6500 (phone)
214-453-6400 (fax)
wfox@winston.com

Deron Dacus (TX Bar No. 00790553)
Shannon Marie Dacus (TX Bar No. 00791004)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com
sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT**
**FORESCOUT TECHNOLOGIES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served by email on all counsel of record for Plaintiff K.Mizra LLC on October 11, 2021.

Dated:  October 11, 2021

/s/ *Matthew R. McCullough*
Matthew R. McCullough

EXHIBIT H

**Complete Online in 1 Year -** WashU's top-20 school of law is accepting



# Rob Amezcua · 3rd

Vice President, Americas Enterprise
Sales at Forescout Technologies Inc.

Frisco, Texas, United States ·

Contact info

**500+** connections

  More

  **Forescout Technologies Inc.**

  **Baylor University**

---

## About

Strong and Experienced Sales Leader with a demonstrated record of success
building high performing teams capable of explosive growth in the Security
Software and IT Services industry.

Skilled in Business Modeling, Sales Execution, Accurate Forecasting, Go to
Market, Team Building, Negotiations, IT Strategy, Internet Security, and Direct/
Indirect Selling.

Faith committed, family dedicated, highly responsible, hard-working, team
oriented, enthusiastic, passionate, driven, altruistic, accomplished, excellent

leadership qualities, exceptional team builder

## Activity
2,519 followers

 **So great!! Legend indeed**
Rob commented

 **Way to go Gerald and team! Quite an accomplishment!!**
Rob commented

 **Lookin good Ron! Welcome to the team and excited to be working with you here in the Dallas area!**
Rob commented

 **Solid leadership my friend! Kudos to you!**
Rob commented

See all activity

## Experience

 **Vice President, Americas Enterprise Sales**
Forescout Technologies Inc. · Full-time
Jan 2021 – Present · 9 mos
Dallas, Texas, United States

Rob Amezcua | LinkedIn                                                                                          9/17/21, 1:05 AM



### Vice President Software Sales - West Region

Broadcom Inc. · Full-time

Nov 2019 – Jan 2021 · 1 yr 3 mos

Plano, Texas, United States

Joined Broadcom in November 2019 via acquisition of
Symantec Enterprise business. Responsible for sales team
supporting West Region Core accounts.
• Drove new and renewal business targets $100M··· see more



### Regional Vice President of Sales

Symantec · Full-time

May 2017 – Nov 2019 · 2 yrs 7 mos

Plano, TX

Responsible for sales team supporting Top 50 Symantec
customers and prospects. Key accounts include AT&T, DELL,
USAA, BNSF, CBRE, Walmart, PepsiCo, Halliburton, Entergy,
Toyota, etc.                                          ··· see more



### Sales Leader - Central Region

Cylance Inc.

Aug 2016 – May 2017 · 10 mos

Dallas/Fort Worth Area

Responsible for Central Region Sales and Engineering team
covering named accounts
• Drove 236% YoY revenue growth
• Team generated 17% of overall company revenues in one



### Intel Security

18 yrs 2 mos

**Sales Director - Service Provider**

Jul 2013 – Jul 2016 · 3 yrs 1 mo

Plano, TX

Responsible for sales, engineering, support and solution development for Tier 1 Service Provider accounts including AT&T, BT, CenturyLink, Verizon and ATOS
• Built vertically centric provider practice from scr …see more

**Sales - Service Providers**

Jan 2010 – Jul 2013 · 3 yrs 7 mos

Show 3 more roles ⌄

Show 2 more experiences ⌄

## Education



**Baylor University**

BBA, Marketing, Management

1993 – 1997

                                      
                                                                                    Home      My Netwo

 **Rob Amezcua**                                      More    🔒 Message
Vice President, Americas Enterprise Sales at Forescout Technologies I...

 Endorsed by **2 of Rob's colleagues at Symantec**

**Team Leadership** · 10

 Endorsed by **2 of Rob's colleagues at Symantec**

**Problem Solving** · 1

**Jessica O.** has given an endorsement for this skill

**Promoted**    •••


**Headhunters are searching**
for executives with your skills. Join
the network for free and be found.    ❯


**Need Senior Freelancers?**
Hire the top 3% of talent in 48 hours.
$0 recruiting fee. Start now.    ❯


**Wharton Exec. Education**
Develop your management
capabilities online in 6 months with
Wharton.    ❯

## Recommenda...

### Received (2)


**Scott Campb...**
Creating... to enable companies to advance their security people, processes, & technologies.

September 11, 2019, Scott reported directly to Rob

...ob during my ...is the kind of ...y example and truly wants his team to be successful. Rob's ability to help his team implement creative solutions for their customers was instrumental in overachieving the co... **See more**


**Eric Appel**
WW Head of Sales at Island

August 28, 2019, Eric managed Rob directly

I have had the amazing opportunity to work with Rob for about 15 years and I learn something from him every time I am with him. He is an unbelievably dedicated sales leader. He pushes and mentors his contributors in a way that helps them produce results that would otherwise be unimaginable. He h... **See more**

## Interests

 **Forescout Technologi...**
33,745 followers

 **JSX**
18,332 followers

 **Baylor University**
121,553 followers

 **Broadcom Inc.**
286,067 followers

 **Advent International**
63,781 followers

 **McAfee**
261,194 followers

See all

Promoted                                     • • •

 **Complete Online in 1 Year**
WashU's top-20 school of law is
accepting applications. J.D. required.  ⟩

 **Need to Hire?**
Let ZipRecruiter find you great
candidates fast. Try posting jobs for  ⟩
FREE!

 **Dispute Resolution LLM**
Earn your online LLM from top-
ranked Pepperdine Law in 12 months.  ⟩
JD req'd.

## People also viewed

 **Daniel Trivellato** • 3rd
VP Operational Technology at Forescout Technologies Inc.

Message

 **Liran Chen , CISSP** • 3rd in
Vice President, Sales Engineering- Americas at Forescout Technologies Inc.

Message



**Peter Baumann** • 3rd 
VP West Sales at Forescout Technologies Inc.

Message



**Brian Eckoff** • 3rd
Commercial Account Rep at Forescout Technologies Inc.

Message



**Kerry Ford** • 3rd
VP, Revenue Marketing at Forescout Technologies Inc.

Message

Show more ⌄

## People you may know



**Nicole High**
.

Connect



**Edward Sadtler**
Partner at Schulte Roth & Zabel LLP

Connect



**Ram Narayan**
Partner at Kirkland & Ellis

Connect



**Kendra Williams**
Senior Litigation Paralegal at Tesla

Connect

Rob Amezcua | LinkedIn                                                                 3/4/21, 1:05 AM



**Whitney Becker**
Partner at Kirkland & Ellis

Connect

Show more ⌄

 **LEARNING**

Add new skills with these courses

 **Ethical Hacking: Cryptography**

11,863 viewers

**CCSK Cert Prep: 2 Infrastructure Security for Cloud**

 **ASP.NET Core: Security**

5,118 viewers

Show more on LinkedIn Learning



**Linked** in

About

Accessibility

Talent Solutions

 Questions?
Visit our Help Center.

Select Language

Community
Guidelines

Careers

Marketing Solutions

Privacy & Terms ⌄    Ad Choices

Advertising

Manage your account
and privacy
Go to your Settings.

Sales Solutions

Mobile

Small Business

Safety Center

English (English)

LinkedIn Corporation © 2021

EXHIBIT I

**Need to Hire?** - Let ZipRecruiter find you great candidates fast. Try posting jobs



## Rob Greer · 2nd

Cybersecurity Product Executive

San Francisco Bay Area · Contact info

**500+** connections

 **1 mutual connection:** Villa Elango

Connect    🔒 Message    More

 **Symantec**

 **San Jose State University**

## About

Rob Greer is Vice President and General Manager of the Network & Information Security (NIS) Division at Broadcom. In this role, he is responsible for the go-to-market, product management, product development and cloud service delivery functions behind Symantec's market leading data loss prevention (DLP) and secure web gateway (SWG) product franchises.

Mr. Greer joined the company through the Symantec Enterprise Security business acquisition, where he was most recently Vice President of the Information Security Group. Prior to this role he was a senior executive at Forescout Technologies where he played a key role in taking the company public and growing the business four-fold over his tenure. Prior to Forescout, he was Vice

President and General Manager of the HP TippingPoint enterprise network security business. Before HP, Mr. Greer was an executive at Symantec for four years and led a number of functions during his tenure, including the enterprise mobility business as well as the core security, endpoint management and data loss prevention (DLP) businesses. Previously, Mr. Greer was Vice President of Worldwide Systems Engineering for SonicWALL which he joined through the company's acquisition of Ignyte Technology where he was founder and Chief Executive Officer.

Mr., Greer holds a B. A. in Business Administration with a concentration in Management Information Systems from San Jose State University.

Defining skills: product strategy and roadmap, product direction, product planning, company and product vision, product management, product marketing, analyst and public relations, sales enablement

## Featured

 Five Guiding Principles for Budding Leaders

**5 Guiding Principals for Budding L**
linkedin.com

I recently brought my 9-year-old so office to hang with me for the day. H showed off his robot dog's

 

 **Rob Greer**
Cybersecurity Product Executive

More   🔒 Message   Connect

**Really** ... **volved over the**
**past 2**

Rob sha...
46 Reac...

**Just ou** ... **Threat Hunter**
**team a** ... **e that uses...**

Rob sha...
52 Reac...

**So hap** ... **the finest**
**leaders** ... **ping Pedro...**

Rob commented



**Promoted**   ···

**Pursue Work in Mediation**
Earn your online LLM from top-
ranked Pepperdine in 12 months. JD
req'd.

**Are You An Owner?**
See If You're Eligible To Join The
Worldwide Business Association-
Apply Now

**M.S. Computer Engineering**
Earn your Master's degree online
from Syracuse Univ in just 15
months.

**Announcing Broadcom Software: A global software leader**
**building a comprehensive portfolio of industry-leading...**

Rob shared this
38 Reactions

---

See all activity

---

## Experience



### Symantec
2 yrs 4 mos

**General Manager, Network & Information Security Division**
Full-time
Nov 2020 – Present · 11 mos
San Francisco Bay Area

Responsible for the go-to-market, product management,
product development and cloud service delivery functions
behind Symantec's market leading data loss prevention (DLP)
and secure web gateway (SWG) product franchises

With DLP and SWG at the core, web isolation, zero trust
network access and CASB have converged to deliver on the
enterprise-grade SASE requirements of today's largest and

VP, Information Security Group, Symantec Enterprise
Division (SED)
Full-time
Nov 2019 – Nov 2020 · 1 yr 1 mo
San Francisco Bay Area

SVP, Enterprise Security [at Symantec prior to Broadcom
acquisition]
Jun 2019 – Oct 2019 · 5 mos
San Francisco Bay Area



### Advisor to Exec Team
Forescout Technologies Inc.
Sep 2019 – Present · 2 yrs 1 mo



### Forescout Technologies Inc.
4 yrs 1 mo

### Chief Technology Officer
Feb 2019 – Jun 2019 · 5 mos
San Francisco Bay Area

### Chief Product Officer
Feb 2018 – Feb 2019 · 1 yr 1 mo
San Francisco Bay Area

- Led the transformation from a monolithic product to a
modular enterprise software platform
- Pioneered the 'device visibility and control' category

Show 1 more role ⌄



### VP & GM, HP Software, Network Security
Hewlett-Packard
Feb 2013 – May 2015 · 2 yrs 4 mos
Sunnyvale, CA

- Led worldwide team of approximately 250 people
- Responsible for product strategy, product delivery,
customer success and overall P&L
- In first year, stabilized business and grew 7 times the market



## Symantec
4 yrs 4 mos

### Vice President & General Manager, Enterprise Mobility
Jun 2012 – Jan 2013 · 8 mos
Mountain View, CA

- Led team of approximately 200 people spread across the US, Europe and Asia
- Owned product strategy, product delivery and customer success

### Vice President, Product Management - Endpoint & Mobility Group
Apr 2011 – Jun 2012 · 1 yr 3 mos

- Led product strategy and delivery of the next-generation Endpoint Management, Endpoint Virtualization, Desktop-as-a-Service and Enterprise Mobility products
- Spearheaded the acquisitions of both Odyssey S ... see more

Show 2 more roles ⌄

Show 5 more experiences ⌄

## Education



### San Jose State University
BS, Management Information Systems
1991 – 1995

## Skills & endorsements

**Enterprise Software** · 99+

 Endorsed by **Art Gilliland and 38 others who are highly skilled at this**

 Endorsed by **67 of Rob's colleagues at Symantec**

### Product Management · 99+

 Endorsed by **Ajay Nigam and 22 others who are highly skilled at this**

 Endorsed by **66 of Rob's colleagues at Symantec**

### Professional Services · 76

 Endorsed by **Marc Johnson and 3 others who are highly skilled at this**

 Endorsed by **29 of Rob's colleagues at Symantec**

Show more ⌄

## Recommendations

**Received (10)**          Given (14)

 **Jeffrey Curtis**
Management
Executive at
JCurtis
Investments LLC

March 1, 2010,
Jeffrey managed
Rob directly

I've enjoyed the opportunity to work with Rob at two separate companies. He's a fantastic guy to work with both from his technical skill set as well as being a great team player. Dedicated, smart and flexible.



**Jason Donahue**

Managing Director at Realization Capital Partners

January 23, 2010, Jason managed Rob directly

Rob is a rock-star. He brings the unique combination of a mature and affable executive personality / presence with high level of productivity with creative / strong results across the marketing, strategy, and product leadership functions. Rob is technical enough to know how to position products and comp... See more

Show more ⌄

## Interests

 **Cyber Threat Alliance**
1,171 members

**Chief Marketing Offic...**
312,281 members

**Gartner**
1,169,670 followers

 **Mark Cuban** in
President
7,091,266 followers

 **Geoffrey Moore** in
Author, speaker, advisor, b...
659,316 followers

 **Cisco**
4,642,108 followers

See all

Ad ･･･

Get the latest jobs and industry news



LinkedIn Member, explore relevant opportunities with **McGuireWoods LLP**

Rob Greer | LinkedIn 5/25/21, 1:26 PM

Follow

## People you may know



**Nicole High**
.

Connect



**Kevin Murray**
Head of Talent Acquisition, Americas at Red Hat

Connect



**Kendra Williams**
Senior Litigation Paralegal at Tesla

Connect



**Kenneth Ricardo Perry**
Principal Attorney at Kenneth Ricardo Perry, Attorney and Counselor at Law

Connect



**Ezra Mehlman**
Managing Partner at Health Enterprise Partners

Connect

 **LEARNING**

## Add new skills with these courses



**CCSP Cert Prep: 2 Cloud Data Security**

13,669 viewers



### CISSP Cert Prep (2021): 2 Asset Security

6,403 viewers



### Microsoft 365: Manage Governance and Compliance

3,243 viewers

**Show more on LinkedIn Learning**

**Linked**in

| About | Accessibility | Talent Solutions | Questions? |
|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. |
| Privacy & Terms ⌄ | Ad Choices | | Manage your account and privacy |
| Sales Solutions | Mobile | Advertising | Go to your Settings. |
| Safety Center | | Small Business | |

Select Language

English (English)

LinkedIn Corporation © 2021

# EXHIBIT J

**Pursue Work in Mediation -** Earn your online LLM from top-ranked Pepperdine in



# Mike Huang · 3rd

Vice President - Software
Engineering at Forescout
Technologies Inc.

Frisco, Texas, United States ·

**Contact info**

**500+** connections

🔒 Message       More

 **Forescout Technologies Inc.**

 **Southern Methodist University**

## About

Customer focused leader with hands on experience of the full product lifecycle
from Sales to Implementation. Specializing in creating and leading teams that
want to take it to the next level. Metrics based management with emphasis on
processes and procedures to create successful organizations. Deep knowledge
of Product Development including Product Management, Product Engineering,
Quality Assurance, Quality Engineering and Customer Support.

Specialties: Product Management, Engineering, Quality Assurance. Hyper and
Converged Infrastructure concepts, Telecommunication and Data Network

architectures and design, end to end IT solutions architect, test methodologies. Experienced in SDLC, Agile, Scrum, iterative and waterfall development methodologies. Strengths include Lean Six Sigma, and QA test principles (white box/black box testing). Also experienced in various tools and collaboration software (Confluence, JIRA, Jive).

## Activity

946 followers

 **Welcome to the team!**

Mike commented

 **Premium is $3.50 a gallon in Texas. I was complaining about that the other day.....**

Mike commented

 **Congrats!**

Mike commented

See all activity

## Experience

 **Forescout Technologies Inc.**
3 yrs 4 mos

**Vice President - Software Engineering**
Full-time
Jul 2021 – Present · 3 mos
Plano, Texas, United States

Senior Director - eyeSight Global Engineering
Full-time
Jan 2020 – Jul 2021 · 1 yr 7 mos
Dallas/Fort Worth Area

Responsible for all Engineering of eyeSight and eyeControl
product lines. My organization is responsible for Product
Development, Sustaining, Escalation and Compatibility
Engineering teams. I have overall global responsibility for

Senior Director - Sustaining Software Engineering
Full-time
Jun 2018 – Jan 2020 · 1 yr 8 mos
Plano, Texas

Global responsibility for Sustaining Engineering of our
Forescout line of products. I lead a team of development and
QA engineers distributed worldwide. Escalation point for R&D
when customer issues move beyond Technical Support.



### Director of HCI Product Management
Dell EMC
Jan 2017 – Jun 2018 · 1 yr 6 mos
Richardson, Texas

Responsible for Product Management of VxRack product line.
- Grow and sustain double digit growth in sales and market
leadership in the VxRack HCI platform.
- P&L responsibilities for hyper growth Hyper Con ··· see more



### Director - Platform Engineering
VCE
Jul 2010 – Jan 2017 · 6 yrs 7 mos
Richardson, Texas

Responsible for Vision, Strategy and Execution of Vblock,
VxBlock and VxRack platforms in the Platform Engineering
organization.
- Responsible for Product Engineering and Quality ··· see more



### Director of Quality Assurance
Transplace
Oct 2007 – Jul 2010 · 2 yrs 10 mos
Frisco, Texas

Responsible for tactical and strategic direction of Quality
Assurance organization. Drove automation vision towards
reducing escaping defects and provided architectual
guidance on tools and infrastructure of QA group. … see more



### Staff Solutions Architect
Sonus Networks
Aug 2006 – Oct 2007 · 1 yr 3 mos
Richardson, Texas

Responsible for customer requirements and architecture of
new features and functionalities.

- Created white papers outlining technical designs … see more

Show 5 more experiences ⌄

## Education



### Southern Methodist University
BA, Computer Science
1990 – 1995
Activities and Societies: Sigma Phi Epsilon

## Skills & endorsements

**Testing** · 67

 Endorsed by **Suzan K. Hollis, CSM and 3 others who are highly skilled at this**

 Endorsed by **3 of Mike's colleagues at Forescout Technologies Inc.**

**Test Automation** · 48

 Endorsed by **Lucy Li, PMP, who is highly skilled at this**

 Endorsed by **4 of Mike's colleagues at Forescout Technologies Inc.**

Integration · 45

      
Home    My Netwo

 **Mike Huang**
Vice President - Software Engineering at Forescout Technologies Inc.

 More     🔒 Message

Technologies Inc.

Promoted   ···

   

Headhunters are searching

for executives with your skills. Join the network for free and be found.

Learn more

Need Senior Freelancers?

Hire the top 3% of talent in 48 hours. $0 recruiting fee. Start now.

Learn more

Recommenda

**Received (11)**

Mike Huang | LinkedIn                                                                          3/17/21, 1:08 AM

 **Maysoun Bochi, PMP, CSM**

Director, Program Management Office

June 20, 2018, Mike worked with Maysoun in the same group

Mike is one of those unique, strong and dedicated leaders that will encourage and motivate his team to do better in their daily work and challenge them to do bigger things in the future. I worked with him very closely and he was always calm, motivated, fair, strong and just well rounded as a lea... See more

**Guoning Song**

Technical Program Manager at Roblox

December 8, 2011, Guoning reported directly to Mike

Mike is a very effective manager, who handles challenging issues with high professionalism. He is quick and sharp in thinking, able to develop comprehensive and accurate knowledge of complex subjects, and come up with practical solutions within short amount of time. He is able to ... See more

Show more ⌄

## Accomplishments

**2**   **Honors & Awards**   ⌄

2021 President's Club - Sales Catalyst  ·  2019 President's Club - Sales Catalyst

**1**   **Language**   ⌄

Taiwanese

## Interests



### Cloud Computing
516,821 members



### Network Access Cont...
933 members



### Cloud Computing, Cy...
648,409 members



### VCE Company
2,709 members



### SMU Sigma Phi Epsilo...
140 members



### AUDI AG
1,226,273 followers

See all

Ad  •••



Need help forecasting cash? We're here for you.

**Get Peace of Mind**

## People also viewed



**Massimo Guadagnoli** · 3rd
Sr. Director SW Engineering Forescout Technologies. presso Forescout Technologies Inc.

Message



**Steve Wiley** · 3rd
Senior Manager at Dell|EMC

Message



**Todd Smith** • 3rd
Principle Business Analyst at VCE, the Virtual Computing Environment Company

Connect



**Faith Voigt** • 3rd
University of Denver Clinical Mental Health Counseling Student

Connect



**Michelle Allen** • 3rd+
--

Connect

Show more ⌄

## People you may know



**Nicole High**
.

Connect



**Edward Sadtler**
Partner at Schulte Roth & Zabel LLP

Connect



**Ram Narayan**
Partner at Kirkland & Ellis

Connect



**Kendra Williams**
Senior Litigation Paralegal at Tesla

Connect



**Whitney Becker**
Partner at Kirkland & Ellis

Connect

Show more ⌄

 **LEARNING**

Add new skills with these courses

 **The Long-Distance Leader (getAbstract Summary)**

 **Software Testing Foundations: Testing throughout the SDLC**

11,517 viewers

 **API Test Automation with SoapUI**

53,397 viewers

Show more on LinkedIn Learning



Mike Huang | LinkedIn                                                                                    9/17/21, 1:08 AM

About                    Accessibility            Talent Solutions              ❓ Questions?              Select Language
                                                                                 Visit our Help Center.
Community                Careers                  Marketing Solutions                                       ┌─────────────────────────┐
Guidelines                                                                                                 │ English (English)        │
                                                                                                          └─────────────────────────┘
Privacy & Terms ⌄  Ad Choices                    Advertising                  ⚙️ Manage your account
                                                                                 and privacy
Sales Solutions          Mobile                                                  Go to your Settings.
                                                 Small Business
Safety Center

LinkedIn Corporation © 2021

# EXHIBIT K



# Aravind Koppaka · 3rd

Senior Software Engineer at Forescout Technologies | 2 x AWS Certified

 Forescout Technologies Inc.

Dallas-Fort Worth Metroplex · **Contact info**

**500+** connections

🔒 Message     More

## About

Senior Software Engineer/Lead with 15+ years of IT experience in Telecommunications/Networking/Network Security products . Work experience in Pre-Billing Telecom products like Mediation/CDR Processing and Network

 

**Aravind Koppaka**
Senior Software Engineer at Forescout Technologies | 2 x AWS Certified

More         🔒 Message

Specialities: C/C++, VC++, MFC, Win32, NSIS, Java (Micro services) , Springboot,Linux, Python, Perl, Shell scripting, System Programming, AWS services like S3,EC2,Glue Job,Athena,Lambda, Kafka, Kubernetes,

Grafana,Kibana,Elastic search

## Activity

761 followers



### Forescout Wins Best IoT Security Solution Provider of the Year - Forescout

Aravind shared this

6 Reactions

See all activity

## Experience



### Forescout Technologies Inc.

5 yrs 3 mos

**Senior Software Engineer (R&D)**
Full-time
Apr 2020 – Present · 1 yr 8 mos
Plano, Texas, United States

- Working on Forescout next-gen cloud product involving latest tech stack such as AWS services, Kafka , Kubernetes & Micro services.
- Active development in various micro services that deal with large data set from Data Lake in AWS cloud.
- Contributing to development of device classification signatures/methods that can classify IT/OT/IoT devices that are connected to the network .          ... see more

**Software Engineer - Compatibility**
Full-time
Apr 2018 – Mar 2020 · 2 yrs
Plano, Texas, United States

- Actively involved in Design, Development of new features /
compatibility features for existing Forescout product.
- Involved in technical discussions with various customers
and gathered requirements related to compatibilit ··· see more

**Sustaining Software Engineer**
Sep 2016 – Mar 2018 · 1 yr 7 mos
Plano, Texas, USA

- Reponsibilities includes analyzing customer escalation
issues and work with cross-functional teams (Development
Engineering, Customer support and Account teams located
worldwide) to ensure smooth flow of information i ··· see more



**Consultant**
Verizon · Contract
Nov 2015 – Aug 2016 · 10 mos
Irving, Texas, USA

- Worked in design , development of DM2.0 module that
allows device to device networking of set-top boxes in a
home/office environment.
C, C++, Socket Programming, TR069,multi-threading, DBUS,



**Freescale Semiconductor**
3 yrs 4 mos

**FSL Software Engineer II Lead**
Apr 2013 – Feb 2015 · 1 yr 11 mos

-Worked on various Network security products like
Firewall,VPN ,UTM , IPS and configuration related products.
-Worked on windows/linux kernel development activities in
various security products.                    ··· see more

**Lead Engineer**
Nov 2011 – Apr 2013 · 1 yr 6 mos
Hyderabad, Telangana, India



### Senior Software Engineer
Intoto Inc.
Mar 2007 – Nov 2011 · 4 yrs 9 mos

- Worked in SSLVPN Product development .
- Porting SSLVPN to various linux platforms.
- Development of Client software for VPN.
- Worked in End Point Control Module.          … see more



### Software Engineer
Packetware Inc
Jun 2004 – Mar 2007 · 2 yrs 10 mos
Hyderabad, Telangana, India

- Worked in session development activity for various telecom
n/w switches like Ericsson AXE,Nortel FTAM,Siemens AXE
..etc.
- Involved in detailed design and development of using

## Education



### RajaLakshmi Engineering College,University of Madras
Bachelor's Degree, Computer Science
2000 – 2004

Achieved Distinction with 80% aggregate of marks.



### Vignan College,Vadlamudi,Guntur
Intermediate, MPC, A+
1998 – 2000

Achieved 90% in board examination



### Vignan Vikas Residential School
High School, S.S.C
1997 – 1998

School Topper

## Licenses & certifications



### Security Tips
LinkedIn
Issued May 2020 · No Expiration Date



### AppSec Labs Java Secure Coding
AppSec Labs
Issued Feb 2017 · No Expiration Date



### AWS Certified Solutions Architect – Associate
Amazon Web Services (AWS)
Issued Dec 2020 · Expires Dec 2023

See credential



### AWS Certified Cloud Practitioner
Amazon Web Services (AWS)
Issued Jun 2020 · Expires Jun 2023

See credential



### ForeScout Certified Administrator
ForeScout Technologies Inc.

Show less ⌃

## Skills & endorsements

### Python · 9

 Endorsed by **5 of Aravind's colleagues at NXP acquires Freescale Semiconductor**

### Linux · 36

 Endorsed by **Kesava Vunnava and 8 others who are highly skilled at this**

 Endorsed by **21 of Aravind's colleagues at NXP acquires Freescale Semiconductor**

### C++ · 23

 Endorsed by **2 of Aravind's colleagues at Verizon**

 Endorsed by **6 people who know C++**

Industry Knowledge

**Testing** · 23

**TCP/IP** · 14

**Debugging** · 16

**Network Security** · 8

**Software Development** · 11

**Programming** · 7

**Multithreading** · 5

**Internet Protocol Suite (TCP/IP)** · 6

**Cybersecurity**

**Information Security**

Tools & Technologies

**C** · 24

**Unix** · 18

**Perl** · 17

**Embedded Systems** · 14

**Java** · 19

**Visual C++** · 4

**Windows** · 7

**Embedded Software** · 7

**Embedded Linux** · 5

**Operating Systems** · 4

**C#.net** · 1

**C#** · 5

Other Skills  ⊘

---

**Linux Kernel** · 4

**MFC** · 3

**NSIS** · 2

**Network Programming** · 3

**Win32** · 1

**Win32 API** · 1

Show less ⌃

## Recommendations

**Received (10)**    Given (1)



**Dong Pak**
Quality Engineer
at FireMon

August 5, 2021,
Aravind worked
with Dong in the
same group

I worked with Aravind at Forescout for several years under the Sustaining group and Compatibility group. He was the technical SME for several components of the platform and has contributed significantly to many aspects of the product. He truly was a team player and was the go-to guy for me and many... See more



**Rajiv Murthy**
Product
Solutions
Engineer at
ForeScout
Technologies
Inc.

August 5, 2021,
Aravind worked
with Rajiv in the
same group

Aravind is a wonderful resource to be working with. He is diligent, hard working team player and has a can-do attitude that is much appreciated by everyone. One can always count on Aravind to get things done!

Show more ⌄

## Accomplishments

5  **Languages**    ⌄
English • French • Hindi • Tamil • Telugu

## Interests



**Microsoft**
15,505,613 followers



**Cloud Networking**
13,435 members



**AT&T**
1,464,551 followers



**GE**
4,329,788 followers



**Datacom/ Networking...**
5,114 members



**Oracle**
7,442,744 followers

See all

Promoted                                        • • •



**Deadline Approaching**
Pepperdine's online Master of Legal
Studies program: No GRE/LSAT
required.                                            ⟩



**Learn to Code in 12 Weeks**
Learn to code online at University of
Washington Coding Boot Camp.            ⟩



**Add "Law" To Your Resume!**
Online Master of Legal Studies in 1
year from WashU, no GRE/LSAT
required.                                            ⟩

**People you may know**



**Jeffrey Paravano**
Tax Group Chair and Managing Partner at BakerHostetler

Connect



**Timothy Stienstraw**

Corporate Counsel for Information Security at Amazon

Connect



**Whitney Bishop**

Senior Paralegal at Fenwick & West

Connect



**Tess Parker**

Talent Manager at Robert Half Contract Finance and Accounting

Connect



**Doug Greene**

National Practice Leader, Securities and Governance Litigation Team at BakerHostetler

Connect

 **L E A R N I N G**

## Add new skills with these courses, free for 24 hours

 **Wireshark: Packet Loss and Recovery**

 **Improving Performance with IndexedDB and Caching**

 **Advanced JMeter**

**See more courses**



Promoted                                    •••

$10K Scholarship Avail.
Gain legal skills in Pepperdine's
online Master of Legal Studies
program.                                      ❭

IP Centrum
We make EP Validation faster, easier,         ❭
safer and we reduce the cost too.

The Justice Project Texas
Joshua Bevill Was Crushed With 30             ❭
Years in Federal Prison

# EXHIBIT L

**Connect to More -** Our new program for women entrepreneurs can help you plan



# Jan Manning · 3rd
Chief Information Officer, Vice
President Information Technology,
Board Member

Flower Mound, Texas, United States ·

**Contact info**

**500+** connections

Message        More

 **Forescout Technologies Inc.**

 **University of Maryland
University College**

## About

As a collaborative and business focused Senior Technology Executive, I know how
to drive corporate business transformation. From defining the IT vision and
technology plans to building and leading high performance teams, spearheading
product development, seamless ERP implementations, and integrating
acquisitions, I can mobilize stakeholders and work across organizations to deliver
game-changing revenue and productivity growth.

My 20-plus years in application development and services delivery environments
spans the security, high tech, manufacturing, retail, distribution, and insurance

industries.

## Activity

3,214 followers

 **Congratulations** 🎉
Jan commented

 **Congratulations Phil Saunders and team!!!**
Jan commented

 **Congratulations Vince!**
Jan commented

 **Welcome to the team Charlotte. Look forward to working with you!**
Jan commented

See all activity

## Experience

 **Chief Information Officer, Vice President Information Technology**
Forescout Technologies Inc. · Full-time
Feb 2021 – Present · 8 mos

**Board Member**
Clear Texas Lakes
Jan 2020 – Present · 1 yr 9 mos
Dallas, Texas, United States



### Chief Information Officer & VP of Solutions Delivery
DATASCAN
Jan 2017 – Apr 2020 · 3 yrs 4 mos
Carrollton, Texas

Recruited to define the engineering standards and methodologies to deliver current and future products to Datascan's customers, create a world class Product Support 24*7 Call Center, and implement state of the art



### CIO & Vice President of Operations
Hexis Cyber Solutions, Inc.
Jun 2015 – Jul 2016 · 1 yr 2 mos
Hanover, Maryland

Recruited to define the infrastructure and application standards, eliminate inefficiencies across the company, build and implement a proactive customer managed services team, including service delivery and program manageme ⋯ see more



### Gemalto
8 yrs 8 mos

### Vice President Information Technology IDSS Division
Jan 2015 – Jun 2015 · 6 mos
Belcamp, MD

Lead the IDSS Information Services team, planned the integration of IDSS into the corporate Gemalto Information Services organization.

### Corporate Vice President and Chief Information Officer
Nov 2006 – Jan 2015 · 8 yrs 3 mos
Belcamp, Maryland

Recruited to define and implement corporate application and infrastructure standards and eliminate inefficiencies across the entire technology footprint. Develop and execute IS strategy and roadmap for security, infrastructure, ⋯ see more

Show 5 more experiences ⌄

Jan Manning | LinkedIn                                                                                       3/23/21, 2:11 PM

## Education



### University of Maryland University College
Bachelor of Science (B.S.), Business Management/Computer Science

## Volunteer experience



### Letter Writing, Bakers, and Adopt a Family
Soldiers' Angels
Aug 2015 – Present  •  6 yrs 2 mos
Social Services

I support our troops and their families through Soldiers' Angels. I participate in the letter writing and baking teams by communicating with those in the military who are currently deployed and away from their families. At Christmas, I adopt a military family in need to provide them with more than what they could afford on a military salary.



### Volunteer
Dallas Children's Advocacy Center
Feb 2021 – Present  •  8 mos

## Skills & endorsements

**Security** · 99+


Endorsed by **Russ Dietz and 10 others who are highly skilled at this**


Endorsed by **7 of Jan's colleagues at Hexis Cyber Solutions, Inc.**

IT Management · 00+

Jan Manning | LinkedIn

5/27/21, 2:11 PM

 

 **Jan Manning**
Chief Information Officer, Vice President Information Technology, Board ...

More    Message

 Cyber Solutions, Inc.

Promoted    •••

 **Enterprise Soft**        

Endorsed by
**highly skille**      $1-5m Injection. 12-
18%             Need to Hire?

Let ZipRecruiter find you
great candidates fast.
Try posting jobs for
FREE!

 Endorsed by
**Cyber Solut**

No equity. No warrants.
36mo Interest Only. For
startups between $2-
20m ARR

Learn more              Learn more

## Recommendations

**Received (18)**        Given (6)

 **Phil Saunders**
CEO at
Cornerstone
OnDemand

July 26, 2016, Phil
was senior to Jan
but didn't manage
directly

Jan's work ethic and results-oriented
approach to leading global teams shines
through in the business. As important, she's
an awesome business partner to have on the
leadership team.

 **Chris Carlson**
VP Product at
Dragos, Inc.

July 24, 2016,
Chris worked with
Jan in different
groups

Jan is the definition of the modern CIO --
business-oriented, excellence in service
delivery, customer-focused, team builder,
communicator, and motivator. She stepped
up, created, delivered, and ran a new
managed security services initiative at Hexis
providing 24x7 real-time security threat
detec... **See more**

Show more ⌄

## Interests



**ISO 27001**
26,901 members



**SINTEZ Venture Capital**
30,683 members



**The Recruiter.com Ne...**
875,767 members



**Church & Dwight Co.,...**
61,646 followers



**Raytheon**
598,692 followers



**Open Networker LION**
4,500 members

See all

Promoted                                    •••



Your idea, online.                  Connect to More

Sell anything, anywhere        Our new program for
with a domain and                women entrepreneurs
website from GoDaddy.          can help you plan for
                                         what's next.

Learn more                          Learn more

## People also viewed



**Toby Buckalew** • 2nd [in]
Executive and Technology Leader

Connect


**Chad Ponder** · 3rd
Senior Vice President Information Technology (SVP/IT), Chief Technology Officer
(CTO), Chief Information Officer (CIO)

Message


**Wayne Rogers** · 3rd
Chief Information Officer at Avondale Group

Message


**Rusty Atkinson** · 3rd
Chief Information Officer at Signify Health

Message


**Michael Jones** · 3rd
Chief Technology Officer | Chief Information Officer CIO | Business Transformation

Message

Show more ⌄

**People you may know**


**Nicole High**
.

Connect


**Kris Fredrickson**
Managing Partner at Coatue

Connect


**Kendra Williams**
Senior Litigation Paralegal at Tesla

Connect



**Kenneth Ricardo Perry**

Principal Attorney at Kenneth Ricardo Perry, Attorney and Counselor at Law

Connect



**Shawn Cage**

Counsel at Buchanan Ingersoll & Rooney PC

Connect

Show more ⌄

 L E A R N I N G

## Add new skills with these courses

 **CCSP Cert Prep: 2 Cloud Data Security**

13,650 viewers

 **SSCP Cert Prep: 5 Cryptography**

10,861 viewers

 **CCSP Cert Prep: 1 Cloud Concepts, Architecture, and Design**

25,663 viewers

**Show more on LinkedIn Learning**

**Linked**in

| About | Accessibility | Talent Solutions | ❓ Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) |
| Privacy & Terms ⌄ | Ad Choices | Advertising | ⚙ Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |

LinkedIn Corporation © 2021

# EXHIBIT M



# Kevin O'Leary · 3rd

SVP, CPO at Forescout Technologies Inc.

 Forescout Technologies Inc.

Austin, Texas, United States · **Contact info**

**174** connections

🔒 **Message**    More

## Activity

187 followers

Posts Kevin created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience



### SVP Product Engineering, CPO

Forescout Technologies Inc. · Full-time

Feb 2021 – Present · 10 mos

Product Management, Engineering, and Support for the Forescout Technologies products offerings.



### VP Web and Email Security Group, Symantec-Broadcom

Symantec - a division of Broadcom · Full-time

Jul 2018 – Jan 2021 · 2 yrs 7 mos

Austin, Texas, United States



### SVP Network Protection Products

Symantec

   

Home   My Network   Jo



**Kevin O'Leary**
SVP, CPO at Forescout Technologies Inc.

More   🔒 Message

 

### ABB Enterprise Software

5 yrs 6 mos

#### EVP Global Product Development

Apr 2017 – Jun 2018 · 1 yr 3 mos

Austin, Texas Area

#### VP Service Suite Product Development

Mar 2016 – Mar 2017 · 1 yr 1 mo

Austin, Texas Area

Show 2 more roles ⌄



### General Manager - Intelligent Mining Solutions
Mincom
Jan 2009 – Dec 2012 · 4 yrs
Austin, Texas Area

Mincom was acquired by ABB/Ventyx in 2011



### E2open
6 yrs 9 mos

**VP Solution Delivery**
Jan 2005 – Dec 2008 · 4 yrs
Austin, Texas Area

**Solutions Director**
Apr 2002 – Dec 2004 · 2 yrs 9 mos
Redwood City, CA



### Director Of Engineering
Integratus, Inc
Feb 2000 – Oct 2001 · 1 yr 9 mos
Campbell, CA



### Consultant, Software Developer, Team Lead
IBM
May 1982 – Jan 2000 · 17 yrs 9 mos
Poughkeepsie, NY, Austin TX

Show fewer experiences ⌃

## Interests

 **Forescout Technologi...**
34,407 followers

 **Symantec**
416,473 followers

 **Hitachi ABB Power Gr...**
511,322 followers

 **Hitachi Energy**
510,591 followers

Promoted ···



### Deadline Approaching

Pepperdine's online Master of Legal Studies program: No GRE/LSAT required.

Learn more



### Criminal Justice Programs

Earn a Master's, Grad Certificate, or Bachelor's at Boston University.

Learn more

## People also viewed

 **Robert M.** · 3rd
Chief Technology Officer at Forescout Technologies Inc.

Connect

 **Tom May, CISSP** · 3rd
Solutions Engineer at ForeScout Technologies Inc.

Message

 **Ayelet Shechter** · 3rd 
Director Software Engineering at Forescout Technologies Inc.

Message



**Chris M Knight, CISSP** • 3rd
Sr. Manager, Systems Engineering at Rubrik, Inc.

Message



**Avraham Poupko** • 3rd
Sr. System Architect at Forescout Technologies Inc.

Message

Show more ⌄

## People you may know



**Genevieve York-Erwin**
Associate at BakerHostetler

Connect



**Russell Rigby**
Attorney - Director IP Litigation and Licensing at Intellectual Ventures

Connect



**Sarvenaz Sarkhosh**
CEO & Co-founder @BitAnimate | Connect with me on Twitter @Sarvenaz_S

Connect



**Monica Meadows**
Educator. Mentor. Advocate.

Connect



**Jordyn Bjerke**
Enterprise Renewal Specialist - Public Sector at DocuSign

Connect

Show more ⌄

 **LEARNING**

Add new skills with these courses, free for 24 hours

 **Microsoft 365 Security Administration (MS-500) Cert Prep: 3 Implement and Manage Information Protection**

 **CCSP Cert Prep: 2 Cloud Data Security**

 **CCSP Cert Prep: 3 Cloud Platform and Infrastructure Security**

**See more courses**

Promoted    •••



$10K Scholarship Avail.

Gain legal skills in Pepperdine's online Master of Legal Studies program.

Add "Law" To Your Resume!

Online Master of Legal Studies in 1 year from WashU, no GRE/LSAT required.

Learn more      Learn more



About

Accessibility

Talent Solutions

❓ Questions?
Visit our Help Center.

Select Language

English (English) ▼

Community Guidelines

Careers

Marketing Solutions

⚙ Manage your account and privacy
Go to your Settings.

Privacy & Terms ⌄

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2021

# EXHIBIT N

**Pursue Work in Mediation -** Earn your online LLM from top-ranked Pepperdine in



# Lakshmi Srinivasan, CPA

· 3rd

Global Controller at Forescout
Technologies Inc.

Coppell, Texas, United States ·

Contact info

**500+** connections

 Message     More

 **Forescout Technologies Inc.**

 **The University of Texas at Dallas**

## About

Executive finance leader experienced in business process transformation,
accounting and auditing. Recognized for creating and implementing strategy and
building strong cross functional relationships. Known for a continuously improve
mindset and communication skills with all levels of management and Board
members. Areas of experience include:
Financial reporting, balance sheet and cash flow analysis, U.S. GAAP technical
accounting research, SOX 404 internal control compliance, SEC (10-K/10Q), debt
offerings, IPO, strong project management, Audit Committee/BOD Presentations ,
mentoring and counseling team members, training/knowledgebase development

Experience in Industries: Consumer Manufacturing and Retail accounting, project management, conflict resolution, problem solving

## Activity

707 followers

 **Congratulations Ravi! Looking forward to see the company grow under your leadership!**

Lakshmi commented

 **The feeling is mutual. You are always so inspiring with your unique perspective and willingness to share your experienc...**

Lakshmi replied to a comment

 **Forescout is working with the National Institute of Standards and Technology's (NIST's) National Cybersecurity Center o...**

Lakshmi shared this

5 Reactions

 **OT Security is on top of mind for everyone! Join the talented Forescout team to hear more. Recent events have highlight...**

Lakshmi shared this

7 Reactions

See all activity

## Experience

 **Global Controller**

Forescout Technologies Inc. · Full-time

May 2021 – Present · 5 mos

 **Kimberly-Clark**

5 yrs 5 mos

**Global Director, Financial Controls & Compliance - Internal Audit**
Full-time
May 2018 – Mar 2021 · 2 yrs 11 mos
Dallas TX

Established a global SOX COE function to transform SOX compliance and improve efficiency and effectiveness. through use of automation and analytics in risk assessment. Delivered an overall budget reduction of 40 perce … see more

**Director of SEC Reporting**
Nov 2015 – Mar 2021 · 5 yrs 5 mos
Dallas TX

Led the company's SEC technical and regulatory compliance efforts and external audit coordination. Performed balance sheet and cash flow analysis and actual to forecast analysis to provde insights on the company's quarter and ) … see more



**Contractor**
Sizmek (formerly DG MediaMind)
2013 – 2014 · 1 yr



**Senior Manager**
Ernst & Young
Sep 2000 – Apr 2008 · 7 yrs 8 mos
Dallas TX

Senior Manager, Assurance and Advisory Services with Retail and Technology Industry Specialization.



**Staff**
Huselton, Morgan & Maultsby, P.C.
Mar 1999 – Jul 2000 · 1 yr 5 mos
Dallas, TX

Staff Auditor - Performed Tax and Audit services for clients in the DFW area.

# Education



### The University of Texas at Dallas
Bachelors of Science, Accounting
1995 – 1999

## Volunteer experience



### Treasurer Board Of Directors
Coppell ISD Education Foundation
Jul 2020 – Present  · 1 yr 3 mos
Education

 

 **Lakshmi Srinivasan, CPA**
Global Controller at Forescout Technologies Inc.

More | 🔒 Message

Endorsed by **Julia Davis, who is highly skilled at** this

 Endorsed by
**Kimberly-Cl**

**Promoted** ···

 **Attention leaders**
Learn to lead effectively in 2 days
with Harvard Professional
Development ❯

## Internal Contro

Endorsed by  **Business Owners**
this See If You're Eligible To Join The
Worldwide Business Association-
Apply Now ❯

Endorsed by
**Kimberly-Cl**  **Easy-to-buy projects**
Compare projects side by side with
Project Catalog™. Get started fast. ❯

## Financial Reporting · 8

 Endorsed by **Tiffany Dutton and 1 other who is highly skilled at this**

 Endorsed by **2 of Lakshmi's colleagues at EY**

Lakshmi Srinivasan, CPA | LinkedIn                                                                                          9/24/21, 2:13 PM

Show more ⌄

## Accomplishments

**2** **Languages**                                                                                                            ⌄

English · Hindi

## Interests

 **Nestlé**
12,471,892 followers

 **EY US Alumni (Official)**
20,365 members

 **Indra Nooyi** 
Former Chairman and CE...
1,162,617 followers

 **DFW Available Talent ...**
330 members

 **McKinsey & Company**
4,118,507 followers

 **XBRLUSA**
914 members

See all

**Promoted**                                                                                             • • •

 **Connect to More**
Our new program for women
entrepreneurs can help you plan for
what's next.                                                                      ❯

 **Pursue Work in Mediation**
Earn your online LLM from top-
ranked Pepperdine in 12 months. JD
req'd.                                                                            ❯

 **Need to Hire?**
Let ZipRecruiter find you great
candidates fast. Try posting jobs for
FREE!                                                                             ❯

## People also viewed



**Lai Le** · 3rd
Senior International Accountant at Forescout Technologies Inc.

Message



**Stella Ying** · 3rd 
VP Finance, FP&A and Analytics at Forescout Technologies Inc.

Message



**Greg Pedersen** · 3rd
Vice President Finance at Stryker, Group Controller – Global Quality and Operations

Message



**Melody Watson-Davis** · 3rd
Sr. Director Third Party Financial Institution Risk at Freddie Mac

Message

**Kathy Bethune** · 3rd
Global Tax Executive

Message

Show more ⌄

## People you may know



**Nicole High**
.

Connect



**Kris Fredrickson**
Managing Partner at Coatue

Connect



**Kendra Williams**
Senior Litigation Paralegal at Tesla

Connect



**Kenneth Ricardo Perry**
Principal Attorney at Kenneth Ricardo Perry, Attorney and Counselor at Law

Connect



**Shawn Cage**
Counsel at Buchanan Ingersoll & Rooney PC

Connect

Show more ⌄

Sam, learn what hiring managers look for in answers to top interview questions



**Tell me about a time you had to manage conflicting priorities.**



**Describe your most challenging project.**



**Where do you see yourself in 5 years?**

See all questions

Lakshmi Srinivasan, CPA | LinkedIn                                                                9/2/21, 2:13 PM

**Linked**in

About                    Accessibility           Talent Solutions        ❓  Questions?                    Select Language
                                                                             Visit our Help Center.
Community                Careers                 Marketing Solutions                                        ┌─────────────────────────┐
Guidelines                                                                                                  │ English (English)       │
                                                                         ⚙️  Manage your account            └─────────────────────────┘
Privacy & Terms ⌄        Ad Choices              Advertising                 and privacy
                                                                             Go to your Settings.
Sales Solutions          Mobile                  Small Business

Safety Center

LinkedIn Corporation © 2021

# EXHIBIT O

**Complete Online in 1 Year -** WashU's top-20 school of law is accepting



# Keith Weatherford · 3rd

VP, WW Channel Sales at Forescout
Technologies Inc.

Frisco, Texas, United States ·

Contact info

**500+** connections

🔒 Message    More

 **Forescout Technologies Inc.**

**The University of Texas at
Austin - The Red McComb...**

## About

Responsibility to oversee the Channels, Distribution & Inside Sales strategy for
the Americas.

## Activity

2,415 followers



### Well deserved Billy! Congrats!

Keith commented



### Love this Philip!

Keith commented



### I want to echo Ash's comments below. I continue to be impressed with Charlotte Shone in her short time here at...

Keith shared this

9 Reactions · 1 Comment



### What a good looking crew this is. So pleased you can now get together and build memories. Can't wait to join you guys!

Keith commented

See all activity

## Experience



### VP, WW Channel Sales

Forescout Technologies Inc. · Full-time

Oct 2020 – Present · 1 yr

Dallas, Texas, United States



### Consultant

Self Employed · Contract

Jun 2020 – Oct 2020 · 5 mos

Frisco, Texas, United States

As I evaluate my full time options, I have started consulting with various companies to assist with their channel GTM setup, operations and execution. I will continue in this capacity until I finally make a decision on my next full time



### VP, Americas Channels
Symantec
Oct 2016 – Jun 2020 · 3 yrs 9 mos
Plano, TX

Leading the partner management team for the Americas.



### VP, Americas Channels
Blue Coat Systems acquired by Symantec
Jun 2015 – Oct 2016 · 1 yr 5 mos
Plano, TX



### McAfee / Intel Security
14 yrs 8 mos

### Director, Commercial & Public Sector Channels
Jan 2009 – May 2015 · 6 yrs 5 mos
Dallas

I am responsible for McAfee / Intel Security's channel strategy in the Commercial and Public Sector sales segments. I oversee a team of 12 field resources across NA that include Managers and CAM's.

### Director, Dell Global Alliance
Jul 2006 – Dec 2008 · 2 yrs 6 mos

I manage the global relationship between McAfee and Dell for all lines of business - OEM, Channel, Retail and Direct. I am also responsible for the Business Development functions and carry a quota for aggregate of all the above noted lines of

Show 1 more role ⌄

## Education

Keith Weatherford | LinkedIn                                                                                    9/7/21, 1:06 AM



**The University of Texas at Austin - The Red McCombs School of Business**

Business, Accounting

1986 – 1990

## Skills & endorsements

**Enterprise Software** · 96

 Endorsed by **Tony Jennings and 22 others who are highly skilled at this**

---

 



Keith Weatherford
VP, WW Channel Sales at Forescout Technologies Inc.

More     🔒 Message

 Endorsed by **Gregory F. and 2 others who are highly skille...**

 Endorsed by...
**Forescout T...**

**Security** · 66

 Endorsed by...
who are hig...

 Endorsed by...
**Symantec**

Promoted                                      ···





Headhunters are searching

for executives with your skills. Join the network for free and be found.

Learn more

Hire Senior Remote Talent

We vet and handpick the top 3% of talent. Focus on your work, not hiring.

Learn more

Show more ⌄

## Recommendations

Received (3)          Given (18)



**Prem Iyer**
Creating
Explosive
Cybersecurity
Revenue Growth
Through
Partnerships

October 11, 2012,
Prem worked with
Keith but at
different
companies

Keith and I worked together extensively to
build a broad and deep partnership between
our companies - He is an amazing champion
for his partners, and a true pleasure to work
with. Integrity, character, and excellent
relationship skills make Keith a tremendous
asset in a partner-focused organization... **See
more**



**Tom Knight**
Leading
Organizations
Through Their
Zero Trust
Journey

March 9, 2009,
Tom managed
Keith directly

Keith is an outstanding sales leader that
drives results with his ability to connect with
his people and customers. His exceptional
listening skills and attentiveness to detail has
contributed to continuous accomplishments
during his career. Keith is a fierce competitor,
motivator and coach tha... **See more**

Show more ⌄

## Interests

 **IT Security Channel N...**
3,868 members

 **Government Channel ...**
287 members

 **Thycotic**
62,765 followers

 **Forescout Technologi...**
33,745 followers

 **Alliances & Channels ...**
31,268 members

 **Information Security ...**
517,334 members

See all

Promoted                                     ● ● ●



**Complete Online in 1 Year**

WashU's top-20 school of law is accepting applications. J.D. required.

Learn more

**Need to Hire?**

Let ZipRecruiter find you great candidates fast. Try posting jobs for FREE!

Learn more

**People also viewed**

 **Sam Liddeatt** · 3rd
Director Channel Sales at Forescout Technologies Inc.

Message

 **Charlotte Shone** · 3rd
Channel Sales Manager UKI & Nordics at Forescout Technologies Inc.

Message

Keith Weatherford | LinkedIn                                                                         5/17/21, 1:06 AM

**Paul Brown** · 3rd

VP Revenue Operations at Forescout Technologies Inc.

Message

 **Kerry Ford** · 3rd 💼

VP, Revenue Marketing at Forescout Technologies Inc.

Message

 **Rob Amezcua** · 3rd

Vice President, Americas Enterprise Sales at Forescout Technologies Inc.

Message

Show more ⌄

### People you may know

 **Nicole High**

.

Connect

 **Edward Sadtler**

Partner at Schulte Roth & Zabel LLP

Connect

 **Ram Narayan**

Partner at Kirkland & Ellis

Connect

 **Kendra Williams**

Senior Litigation Paralegal at Tesla

Connect

Keith Weatherford | LinkedIn
9/17/21, 1:06 AM



**Whitney Becker**
Partner at Kirkland & Ellis

Connect

Show more ⌄

 **LEARNING**

## Add new skills with these courses



**CompTIA CySA+ (CS0-002) Cert Prep: 3 Identity and Access Management**

7,217 viewers



**Microsoft 365: Manage Governance and Compliance**

3,207 viewers



**Programming Foundations: Web Security**

35,837 viewers

Show more on LinkedIn Learning

Keith Weatherford | LinkedIn                                                       9/17/21, 1:06 AM

# Linked

| About | Accessibility | Talent Solutions | | Questions? |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | Visit our Help Center. |
| Privacy & Terms ⌄ | Ad Choices | Advertising | | Manage your account and privacy |
| Sales Solutions | Mobile | | | Go to your Settings. |
| Safety Center | | Small Business | | |

Select Language

English (English)

LinkedIn Corporation © 2021

# EXHIBIT P

10/21/21, 2:58 PM



**FORESCOUT**

# Senior Software Engineer

Forescout Technologies Inc. · Dallas-Fort Worth Metroplex · 2 weeks ago

LinkedIn 🔍

1,001-5,000 employees · Computer & Network Security

4 school alumni

See recent hiring trends for ForeScout Technologies Inc.. Try Premium for free

Actively recruiting

Apply    **Save**

## About the job

**Description**

**What We Do:**
Today the modern enterprise is an Enterprise of Things. We are on a mission to secure the Enterprise of Things with active defense by identifying, segmenting and enforcing compliance of every connected thing. In real time. And at scale. Our unified security platform enables enterprises and government agencies to focus on Zero Trust segmentation, IT/OT convergence and OT/ICS innovation, all supporting our mission and vision.
Join us as we secure the world with our products. We are looking for resourceful and gritty individuals to collaborate as one team while ensuring a world-class customer experience. We are cyber-obsessed about addressing the world's most challenging security problems.

Innovation starts here, everyone's ideas are valued, visionaries welcomed!

<u>What You Will Do</u>

If you are a great developer and a true leader with a passion for security and technology, come and join the Forescout Compatibility team. Take a leading part in ensuring our ability to talk to many different devices with our product. By joining our engineering team, you will help protect networks with millions of end-points.

- Research, design, and develop vendor product compatibility features and components for the Forescout solution
- Implement both new features and modifications to existing code, from coding phase through release
- Create design documents and participate in design discussions
- Be part of a strong team in charge of critical vendor compatibility for the Forescout solution

<u>What You Bring To Forescout</u>

- 5+ years of proven development experience
- Experience in Pure Java programming and Perl is required
- Experience working with Agile is a plus
- Experience with Object-Oriented Design
- Experience in multi-threaded environments
- Substantial software development experience in Linux, including scripting (scripting languages, sed, awk, etc.)
- TCP/IP and Network protocols is a must
- Skilled in troubleshooting and debugging techniques (gdb, Valgrind, etc.)
- Experience in network protocol parsing
- Experience with Cisco, Juniper, and or HPE network devices is recommended
- Experience with VMware, Hyper-V, and KVM is recommended
- Experience in security industry is recommended
- Experience developing large scale applications

<u>Personal Skills</u>

- Strong communication – both written and spoken
- Ability to easily learn and apply new technologies
- Past technical leadership experience
- Excels in team environments
- Ability to work independently when needed
- Highly motivated to succeed in current position
- Strong sense of urgency

<u>Education</u>

- Bachelor's degree in Computer Science or equivalent experience

<u>What Forescout Offers You</u>

- Competitive compensation and benefits – we cover 95% of

employee and dependents' benefits premiums (US only), 401K match, generous PTO policy, and much more
- Collaborative and innovative environment – make an impact on worldwide security while working on the hottest technology
- Leadership that supports and encourages professional growth and development
- Want a glimpse of Life @ Forescout? Check us out on Facebook and Instagram
- Learn more at: www.forescout.com

Forescout is proud to be an equal opportunity workplace dedicated to pursuing and hiring a diverse workforce.

**See less** ⌄

## Pay range unavailable

Salary information is not available at the moment.

Are you interested in salary information for this job?   **Yes**  /  **No**

## Featured benefits

Inferred from the description for this job

401(k)

Case 2:21-cv-00247-JRG   Document 71-1   Filed 11/09/21   Page 126 of 134 PageID #:  1380

# About the company

 **Forescout Technologies Inc.**
33,790 followers



Computer & Network Security · 1,001-5,000 employees · 995 on LinkedIn

Forescout Technologies, Inc. actively defends the Enterprise of Things by identifying, segmenting and enforcing compliance of every connected thing. Fortune 1000 companies trust Forescout as it provides the most widely deployed, enterprise-class platform at scale across IT, IoT, an ⋯ show more

## Company photos



   

See more

## Similar Jobs


**Senior Technical Support Engineer (Switching and...**
Fortinet
Plano, TX

🕐 Be an early applicant


**Sr.Software Engineer-Backend**
MobiledgeX
Plano, TX

🕐 Be an early applicant


**Senior Service Provider Account Executive**
Extreme Networks
Dallas-Fort Worth Metroplex

🕐 Be an early applicant

10/21/21, 2:58 PM

4 days ago •  Easy Apply

2 weeks ago •  Easy Apply

3 weeks ago



### Ansible Automation Engineer & Kubernetes System Admin
Avaya
Irving, TX

🕐 Be an early applicant

2 weeks ago



### AD&S Sales Specialist
Citrix
Dallas, TX

🕐 Be an early applicant

6 days ago



### National Sales Manager
APCON
Dallas, TX

🕐 Be an early applicant

4 weeks ago



### CyberRes - IAM - Presales Consultant
Micro Focus
Plano, TX

 13 alumni

2 weeks ago



### Senior Sales Operations Analyst
Datto, Inc.
📍 Dallas, TX

 1 alum

3 weeks ago



### Systems/Cloud Engineer III
Genuent
McKinney, TX

🕐 Be an early applicant

1 week ago



### Technical Writer
APCON
Dallas, TX

🕐 Be an early applicant

3 weeks ago



### Sr. System Engineer
VAR Staffing
Dallas-Fort Worth Metroplex

🕐 Be an early applicant

3 weeks ago •  Easy Apply



### Systems Analyst x2
The Select Group
Dallas, TX

🕐 Be an early applicant

5 days ago

Case 2:21-cv-00247-JRG   Document 71-1   Filed 11/09/21   Page 128 of 134 PageID #:  1382

10/29/21, 2:58 PM

See more jobs like this

🔔 Set alert for similar jobs

### Get ahead with Premium Career

Contact recruiters directly

See who's viewing your profile

Stand out as a featured applicant

### Try Free for 1 Month

Looking for talent?   Post a job

**Linked**in

About

Accessibility

Talent Solutions

❓ Questions?
Visit our Help Center.

Select Language

English (English)

Community
Guidelines

Careers

Marketing Solutions

⚙️ Manage your account
and privacy
Go to your Settings.

Privacy & Terms ⌄

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2021

Senior Software Engineer | Forescout Technologies Inc. | LinkedIn

10/23/21, 2:28 PM

 


**FORESCOUT**



# Senior Software Engineer

Forescout Technologies Inc.   Dallas, TX   5 days ago

 Full-time · Associate

 1,001-5,000 employees · Computer & Network Security

 4 school alumni

 See recent hiring trends for ForeScout Technologies Inc.. Try Premium for free

 Actively recruiting

Apply        **Save**

## About the job

**Description**
**What We Do:**
Today the modern enterprise is an Enterprise of Things. We are on a mission to secure the Enterprise of Things with active defense by identifying, segmenting and enforcing compliance of every connected thing. In real time. And at scale. Our unified security platform enables enterprises and government agencies to focus on Zero Trust segmentation, IT/OT convergence and OT/ICS innovation, all supporting our mission and vision.
Join us as we secure the world with our products. We are looking for resourceful and gritty individuals to collaborate as one team while ensuring a world-class customer experience. We are cyber-obsessed about addressing the world's most challenging security problems.

Innovation starts here, everyone's ideas are valued, visionaries welcomed!

*(We are not sponsoring or hiring OPT candidates currently)*

### What You Will Do

- Design, develop, and unit test Forescout eyeExtend product features to enable advanced SecOps automation across multiple different types of security products, such as advanced threat detection, next-generation firewall, SIEM, vulnerability management, etc.
- Work with senior technical leaders and product management team contributing to product use case and roadmap definition
- Work with QA, technical publication, support, and other teams to ensure high quality end-to-end product delivery
- Mentor junior members of the development team
- Rapidly learn, evaluate and explain emerging security technologies
- Assist Forescout technical and strategic partners in developing highly effective applications based on Forescout platform and SDK

### What You Bring To Forescout

- Most importantly, a true startup spirit with strong "can-do" attitude willing to wear multiple hats when needed
- Bachelor's or Master's in Computer Science or related field with 8+ years of industry experience in developing software
- Strong communications skills required
- Experience building security products for public cloud and virtualized data center highly desirable
- Hands-on experience with at least two of these languages: Java, C/C++, Perl, Python, JavaScript
- Working knowledge on TCP/IP, HTTP, SSL, SSH and other networking protocols
- Must have hands-on development experience on at least one hypervisor: VMWare, KVM, HyperV, or VirtualBox
- Working knowledge of multiple security product categories highly desirable, such as SIEM, UEBA, CASB, VA, NGFW, ATD, PAM, or EMM
- Excellent problem-solving skills and the ability to efficiently collaborate with cross-functional teams

### What Forescout Offers You

- Competitive compensation and benefits – we cover 95% of employee and dependents' benefits premiums (US only), 401K match, generous PTO policy, and much more
- Collaborative and innovative environment – make an impact on worldwide security while working on the hottest technology
- Leadership that supports and encourages professional growth

and development
- Want a glimpse of Life @ Forescout? Check us out on Facebook and Instagram

Learn more at: www.forescout.com

Forescout is proud to be an equal opportunity workplace dedicated to pursuing and hiring a diverse workforce.

**See less** ⌃

## Pay range unavailable

Salary information is not available at the moment.

Are you interested in salary information for this job?   **Yes**   /   **No**

## Featured benefits

Inferred from the description for this job

401(k)

Senior Software Engineer | Forescout Technologies Inc. | LinkedIn
10/29/21, 2:28 PM

## About the company

 **Forescout Technologies Inc.**
33,790 followers

+ Follow

Computer & Network Security · 1,001-5,000 employees · 995 on LinkedIn

Forescout Technologies, Inc. actively defends the Enterprise of Things by identifying, segmenting and enforcing compliance of every connected thing. Fortune 1000 companies trust Forescout as it provides the most widely deployed, enterprise-class platform at scale across IT, IoT, an ⋯ show more

### Company photos

‹ Previous    Next ›

   

See more

## Similar Jobs



**Senior Technical Support Engineer (Switching and...**
Fortinet
Plano, TX

🕐 Be an early applicant



**Sr.Software Engineer-Backend**
MobiledgeX
Plano, TX

🕐 Be an early applicant



**Senior Service Provider Account Executive**
Extreme Networks
Dallas-Fort Worth Metroplex

🕐 Be an early applicant

4 days ago • in Easy Apply | 2 weeks ago • in Easy Apply | 3 weeks ago



**Ansible Automation Engineer & Kubernetes System Admin**
Avaya
Irving, TX

 14 alumni

2 weeks ago



**AD&S Sales Specialist**
Citrix
Dallas, TX

 Be an early applicant

6 days ago



**National Sales Manager**
APCON
Dallas, TX

 Be an early applicant

4 weeks ago



**CyberRes - IAM - Presales Consultant**
Micro Focus
Plano, TX

 13 alumni

2 weeks ago



**Senior Software Engineer**
Forescout Technologies Inc.
Dallas-Fort Worth Metroplex

 Be an early applicant

2 weeks ago



**Senior Sales Operations Analyst**
Datto, Inc.
📍 Dallas, TX

 Be an early applicant

3 weeks ago



**Systems/Cloud Engineer III**
Genuent
McKinney, TX

 Be an early applicant

1 week ago



**Technical Writer**
APCON
Dallas, TX

 Be an early applicant

3 weeks ago



**Sr. System Engineer**
VAR Staffing
Dallas-Fort Worth Metroplex

 Be an early applicant

3 weeks ago • in Easy Apply

Senior Software Engineer | Forescout Technologies Inc. | LinkedIn                                              10/23/21, 2:28 PM

See more jobs like this

🔔 Set alert for similar jobs

### Get ahead with Premium Career

Contact recruiters directly

See who's viewing your profile

Stand out as a featured applicant

### Try Free for 1 Month

Looking for talent?   **Post a job**

**Linked** in

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | ❓ **Questions?** |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. |
| Privacy & Terms ⌄ | Ad Choices | Advertising | ⚙️ **Manage your account and privacy** |
| Sales Solutions | Mobile | Small Business | Go to your Settings. |
| Safety Center | | | |

Select Language

English (English)

LinkedIn Corporation © 2021

 **Messaging**                    ⋯   ✎   ⌃