IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00248-JRG |
| § | (MEMBER CASE) |
| FORESCOUT TECHNOLOGIES, INC., § | |
| § | |
| *Defendant*. § | |

**ORDER**

Before the Court is the Notice of Dismissal Pursuant to Rule 41(a)(1)(A) (the "Stipulation") filed by Plaintiff K.Mizra LLC ("Plaintiff") and Defendant Forescout Technologies, Inc. ("Defendant"). (Dkt. No. 24.) In the Stipulation, Plaintiff gives notice that it voluntarily dismisses its claims against Defendant with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 21st day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE